Order Code RL32904

# CRS Report for Congress
Received through the CRS Web

# Agriculture and Related Agencies: FY2006 Appropriations

Updated July 19, 2005

Jim Monke, Coordinator
Analyst in Agricultural Policy
Resources, Science and Industry Division

EXHIBIT 2  Page 1 of 6

Congressional Research Service ❖ The Library of Congress

CRS-8

The House-passed bill also contains a general provision that prohibits RMA from using any of its FY2006 funds to implement the premium discount plan (PDP). The Senate-reported version is silent on this issue. The PDP allows crop insurance companies that can demonstrate cost savings in their delivery of insurance to sell policies to their customers at a discount. To date, the PDP has been approved for only one company, which has reduced its costs by selling its policies directly to customers online. Independent insurance agents, which sell crop insurance on behalf of the crop insurance companies, are concerned that the PDP reduces their total commissions and damages their profitability. Some farm groups contend that the plan encourages cherry-picking of the best customers and might leave smaller farmers uninsured.

**Administration Legislative Proposals.** The Administration's FY2006 budget request also contains legislative proposals affecting the crop insurance program that, if adopted by Congress, would save $140 million annually, beginning in FY2007. These proposals include (1) a requirement that farmers purchase a crop insurance policy as a prerequisite for receiving farm commodity income support payments; (2) a two to five percentage point reduction in the portion of the crop insurance premium that is paid by the government on behalf of a participating farmer, with the largest percentage reductions made at the lower levels of insurance coverage; (3) a requirement that producers pay 25% of the premium (up to $5,000) for catastrophic (CAT) crop insurance coverage, instead of the current requirement that a producer pay a $100 administrative fee and no premium; (4) a two percentage point reduction in the reimbursement rate to private crop insurance companies for their administrative and operating expenses. USDA contends that these proposals would encourage farmers to buy-up to higher levels of crop insurance coverage, and possibly preclude the need for *ad hoc* disaster payments, which have been made available on a regular basis by Congress over the past 20 years. The Administration and CBO estimate that these proposals would save more than $500 million over five years.

Neither the House-passed nor Senate-reported appropriations bill addresses these modifications to the crop insurance program. However, some legislative revisions to the program could be considered this year in the context of the pending budget reconciliation bill. The House and Senate Agriculture Committees are required to report reconciliation legislation by this September that will reduce spending by $3 billion over five years on mandatory programs under their jurisdiction. Although it is unknown at this time how these cuts will be made, changes to crop insurance could be part of the package. (For more on budget reconciliation, see CRS Report RS22086, *Agriculture and FY2006 Budget Reconciliation*.)

## Farm Service Agency

While the Commodity Credit Corporation serves as the *funding* mechanism for the farm income support and disaster assistance programs, the *administration* of these and other farmer programs is charged to USDA's Farm Service Agency (FSA). In addition to the commodity support programs and most of the emergency assistance provided in recent supplemental spending bills, FSA also administers USDA's direct

EXHIBIT 2 Page 2 of 6

CRS-9

and guaranteed farm loan programs, certain conservation programs and domestic and international food assistance and international export credit programs.

**FSA Salaries and Expenses.** This account funds the expenses for program administration and other functions assigned to the FSA. These funds include transfers from CCC export credit guarantees, from P.L. 480 loans, and from the various direct and guaranteed farm loan programs. All administrative funds used by FSA are consolidated into one account. For FY2006, the Senate-reported bill recommends a total appropriation of $1.358 billion for all FSA salaries and expenses, which is $7.3 million below the Administration's request, but $63 million above the FY2005 appropriation. The House-passed bill recommends $1.326 billion, $32 million less than the Senate bill and $39 million below the Administration's request.

The FY2006 House report reiterates concern expressed prior appropriations reports instructing USDA not to shut down or consolidate any FSA county offices unless rigorous analysis proves such action to be cost-effective. The National Agricultural Imagery Program (NAIP) would receive an increase of $2.9 million under the House-passed bill, and an increase of $2 million under the Senate-reported bill. The House report mentions a $15 million increase to maintain staffing levels being funded in FY2005 by carryover balances from supplemental acts to implement the farm bill. The Senate report recommends $3.3 million to hire additional farm loan officers.

**FSA Farm Loan Programs.** Through FSA farm loan programs, USDA serves as a lender of last resort for family farmers unable to obtain credit from a commercial lender. USDA provides direct farm loans and also guarantees the timely repayment of principal and interest on qualified loans to farmers from commercial lenders. FSA farm loans are used to finance the purchase of farm real estate, help producers meet their operating expenses, and help farmers financially recover from natural disasters. Some of the loans are made at a subsidized interest rate. An appropriation is made to FSA each year to cover the federal cost of making direct and guaranteed loans, referred to as a loan subsidy. Loan subsidy is directly related to any interest rate subsidy provided by the government, as well as a projection of anticipated loan losses caused by farmer non-repayment of the loans. The amount of loans that can be made, the loan authority, is several times larger.

For FY2006, the Senate-reported bill recommends an appropriation of $150.8 million to subsidize the cost of making $3.743 billion in direct and guaranteed FSA loans. This is $0.5 million *less* in loan subsidy (-0.3%) and $75 million *less* in loan authority (-2%) than the House-passed bill, which recommends an appropriation of $151.4 million to make $3.818 billion of loans.

The House-passed bill concurs with the Administration's FY2006 request for the main direct and guaranteed programs, but does not fund the Administration's request for $25 million in emergency loan authority ($2.7 million in loan subsidy), nor does it grant the Administration's request to reduce the boll weevil eradication loan program by 40%. The Senate-reported bill generally follows the House bill, but the Senate bill basically maintains farm ownership loans and farm operating loans (both subsidized and unsubsidized) at FY2005 levels. Thus the Senate bill recommends a higher amount for farm ownership and subsidized farm operating

EXHIBIT 2 Page 3 of 6

CRS-10

The agreement also includes the elimination of the upland cotton step-2 program on August 1, 2006, in response to Brazil's successful challenge of the program in the World Trade Organization (WTO). For more on budget reconciliation, see CRS Report RS22086, *Agriculture and FY2006 Budget Reconciliation*, by Ralph M. Chite, and CRS Report RS21999, *Farm Commodity Policy: Programs and Issues for Congress*, by Jim Monke.

## Crop Insurance

The federal crop insurance program is administered by USDA's Risk Management Agency (RMA). It offers basically free catastrophic insurance to producers who grow an insurable crop. Producers who opt for this coverage have the opportunity to purchase additional insurance coverage at a subsidized rate. Policies are sold and completely serviced through approved private insurance companies that have their program losses reinsured by USDA. The annual agriculture appropriations bill traditionally makes two separate appropriations for the federal crop insurance program. It provides discretionary funding for the salaries and expenses of the RMA. It also provides "such sums as are necessary" for the Federal Crop Insurance Fund, which pays all other expenses of the program, including premium subsidies, indemnity payments, and reimbursements to the private insurance companies.

P.L. 109-97 concurs with the Administration request for such sums as are necessary for the mandatory-funded Federal Crop Insurance Fund (Fund), which the Administration estimates to be $3.159 billion for FY2006, compared with $4.095 billion that was estimated for FY2005 at the time of enactment of the FY2005 appropriations bill. Annual spending on the crop insurance program is difficult to predict in advance and is dependent on weather and crop growing conditions and farmer participation rates. Hence, both the FY2005 and FY2006 estimates for the Fund are subject to significant revision over the course of the year.

For the discretionary component of the crop insurance program, P.L. 109-97 provides $77.05 million for FY2006 RMA salaries and expenses, lower than the House-passed level of $77.8 million, but above the Senate-passed level of $73.45 million. The final FY2006 level is above the enacted FY2005 level of $71.47 million, but below the Administration's FY2006 request of $87.8 million. Included in the conference level is $3.6 million requested by the Administration to support RMA's ongoing efforts to reduce waste and abuse within the crop insurance program. For the last several years, mandatory funds from the Fund have been used for this purpose. However, the legislative authority to tap these funds expired at the end of FY2005. As in the past three years, most of the increase requested by the Administration was for various new information technology (IT) initiatives. Over the past couple of years, appropriators have not funded this request. Of the $12 million requested increase for various IT initiatives, P.L. 109-97 concurs with the Senate and provides $1 million, compared with $1.5 million in the House-passed bill.

*The FY2006 Defense Appropriations Act (P.L. 109-148, H.R. 2863) contains a 1% rescission to all discretionary accounts in each regular FY2006 appropriations act. FY2006 appropriated levels cited in this report do not reflect the effect of this rescission.*

EXHIBIT 2 Page 4 of 6

CRS-11

P.L. 109-97 also adopts a modified version of a House provision that prohibits RMA from using funds to implement the premium discount plan (PDP). The Senate-passed version was silent on this issue. Appropriators prohibit USDA from using any FY2006 funds to implement or administer the PDP for the 2007 reinsurance year. Conferees also specifically prohibit the issuance of any regulations, bulletins, or policy or agency guidance. The version in the House-passed bill would have prohibited implementing or administering the PDP for the 2006 reinsurance year (which began on July 1, 2005). The PDP allows crop insurance companies that can demonstrate cost savings in their delivery of insurance to sell policies to their customers at a discount. For example, one participating company has reduced its costs by selling its policies directly to customers online. Independent insurance agents, which sell crop insurance on behalf of the crop insurance companies, are concerned that the PDP reduces their total commissions and damages their profitability. Some farm groups contend that the PDP encourages cherry-picking of the best customers and might leave smaller farmers uninsured.

The Administration's FY2006 budget request contained legislative proposals affecting the crop insurance program that, if they had been adopted by Congress, would have saved $140 million annually, beginning in FY2007. Neither chamber addressed these modifications to the crop insurance program during the FY2006 agriculture appropriations debate. Also, the conference agreement on the FY2006 omnibus budget reconciliation act (H. Rept 109-362, S. 1932) did not contain any legislative changes to the crop insurance program. (For more on budget reconciliation, see CRS Report RS22086, *Agriculture and FY2006 Budget Reconciliation*, by Ralph M. Chite.)

## Farm Service Agency

While the Commodity Credit Corporation serves as the *funding* mechanism for the farm income support and disaster assistance programs, the *administration* of these and other farmer programs is charged to USDA's Farm Service Agency (FSA). In addition to the commodity support programs and most of the emergency assistance provided in recent supplemental spending bills, FSA also administers USDA's direct and guaranteed farm loan programs, certain conservation programs and domestic and international food assistance and international export credit programs.

**FSA Salaries and Expenses.** This account funds the expenses for program administration and other functions assigned to the FSA. These funds include transfers from CCC export credit guarantees, from P.L. 480 loans, and from the various direct and guaranteed farm loan programs. All administrative funds used by FSA are consolidated into one account. For FY2006, P.L. 109-97 provides a total appropriation of $1.340 billion for all FSA salaries and expenses. This is $45 million (+3.4%) above the FY2005 appropriation, and $14 million above the House bill, but $18 million below the Senate bill, and $25 million below the Administration's request.

---

*The FY2006 Defense Appropriations Act (P.L. 109-148, H.R. 2863) contains a 1% rescission to all discretionary accounts in each regular FY2006 appropriations act. FY2006 appropriated levels cited in this report do not reflect the effect of this rescission.*

EXHIBIT 2 Page 5 of 6

Regarding closing and reorganizing county offices, conferees inserted language prohibiting the use of salaries and expenses to close any county office unless the Secretary notifies Congress and holds public meetings in the affected counties. In the joint explanatory statement, conferees encourage USDA "to exercise a cautious approach" toward any office closures. This language is stronger than in past appropriations reports because of the negative reaction to the "FSA Tomorrow" plan in which USDA planned to close several hundred county offices but did not notify or consult with Congress before press reports revealed the plans. The FY2006 House report reiterates concern expressed in prior years' appropriations reports instructing USDA not to shut down or consolidate any FSA county offices unless rigorous analysis proves such action to be cost-effective. But Senate action came after the "FSA Tomorrow" plan was revealed, and the Senate adopted a floor amendment to prevent office closures unless FSA both demonstrates how the closure would improve cost-effectiveness and program delivery, and reports those findings to the appropriations committees.

The National Agricultural Imagery Program (NAIP) would receive $24 million under the conference agreement, an increase of $2.9 million. Conferees also included a $15 million increase to maintain staffing levels being funded in FY2005 by carryover balances from supplemental acts to implement the farm bill, and $1.5 million for additional farm loan officers.

**FSA Farm Loan Programs.** Through FSA farm loan programs, USDA serves as a lender of last resort for family farmers unable to obtain credit from a commercial lender. USDA provides direct farm loans and also guarantees the timely repayment of principal and interest on qualified loans to farmers from commercial lenders. FSA farm loans are used to finance the purchase of farm real estate, help producers meet their operating expenses, and help farmers financially recover from natural disasters. Some of the loans are made at a subsidized interest rate. An appropriation is made to FSA each year to cover the federal cost of making direct and guaranteed loans, referred to as a loan subsidy. Loan subsidy is directly related to any interest rate subsidy provided by the government, as well as a projection of anticipated loan losses caused by farmer non-repayment of the loans. The amount of loans that can be made, the loan authority, is several times larger.

For FY2006, P.L. 109-97 provides an appropriation of $151.3 million to subsidize the cost of making $3.785 billion in direct and guaranteed FSA loans. The loan subsidy is 3.4% below FY2005, while the loan authority rises by 1.8%. The overall loan authority can rise while the loan subsidy falls because (1) the guaranteed loan program grows more than the direct loan program, and (2) the multiplier (loan authority divided by loan subsidy) rises for most programs as a result of USDA factoring in low interest rates and a history of fewer defaults by borrowers.

Most of the growth in loan authority over FY2005 levels is a $59 million increase in unsubsidized guaranteed farm operating loans (an increase of about 5.4%,

*The FY2006 Defense Appropriations Act (P.L. 109-148, H.R. 2863) contains a 1% rescission to all discretionary accounts in each regular FY2006 appropriations act. FY2006 appropriated levels cited in this report do not reflect the effect of this rescission.*

EXHIBIT 2 Page 6 of 6