

**United States Department of Agriculture**

**Farm and Foreign Agricultural Services**

**Farm Service Agency**

**Deputy Administrator for Field Operations**

1400 Independence Ave, SW
Stop 0539
Washington, DC
20250-0539

JAN 1 3 2006

**TO:** All State Executive Directors

**FROM:** Teresa C. Lasseter  *Teresa C. Lasseter*
Administrator

**SUBJECT:** State Reviews

The Farm Service Agency (FSA) is asking each of our State Executive Directors (SEDs) to conduct an independent local-level review of the efficiency and effectiveness of FSA offices in your State. SEDs and State Committees will form a review committee to identify what the optimum network of FSA facilities, staffing, training and technology should be for your State within existing budgetary resources and staffing ceilings. Further, SEDs will explore potential joint-effort opportunities with the other Department of Agriculture (USDA) agencies.

There is no comprehensive national plan or formula for identifying the optimum network of FSA offices. Each State will review its own county office system before submitting recommendations for technology upgrades, staffing, training and facilities.

As recommendations are received from each state, FSA's Deputy Administrator for Field Operations will review and validate those proposed changes. After the recommendations are shared with the potentially affected Congressional delegation, the Agency will hold public hearings and coordinate communications efforts with area farmers, ranchers, and stakeholders.

Pub. L. 109-97, Agriculture, Rural Development, Food and Drug Administration, and Related Agencies Appropriations Act, 2006 provided a process for FSA office closures that must be followed:

> *That none of the funds made available by this Act may be used to pay the salaries or expenses of any officer or employee of the Department of Agriculture to close any local or county office of the Farm Service Agency unless the Secretary of Agriculture, not later than 30 days after the date on which the Secretary proposed the closure, holds a public meeting about the proposed closure in the county in which the local or county office is located, and, after the public meeting but not later than 120 days before the date on which the Secretary approves the closure, notifies the Committee on Agriculture and the Committee on Appropriations of the House of Representatives and the Committee on Agriculture, Nutrition, and Forestry and the Committee on Appropriations of the Senate, and the members of Congress from the State in which the local or county office is located of the proposed closure.*

Further, USDA agrees with the long-standing intent of Congress that office closures and relocations should occur based on rigorous analysis to ensure actions are cost-effective and will better serve the public.

*Page 2*
*State Reviews*

FSA will issue public notice should an SED recommend closures or consolidations. Not later than 30 days after such notice, FSA will schedule and hold a public hearing. The public hearing will be held in the county in which the affected FSA office is located.

After the public hearing, but not later than 120 days before the date on which USDA approves a State recommendation affecting an FSA office, USDA will notify the Committee on Agriculture and the Committee on Appropriations of the House of Representatives and the Committee on Agriculture, Nutrition, and Forestry and the Committee on Appropriations of the Senate, as well as the members of Congress from the State in which the affected office and staff are located, of the decision.

Local, State and national FSA employees are committed to open and transparent communications as FSA becomes better positioned for the future.

EXHIBIT 3 Page 2 of 2