# Kenai Peninsula
# Farm Bureau

4014 Lake Street, Suite 201   Homer, Alaska   99603
President: Mark Marlette        Vice President: Gary Presley

To the recipient of this video,

We are asking for your immediate attention about a grave matter affecting Alaska agriculture.

We have provided this video, as partial proof that the Alaska FSA SED is on a dangerous path of destroying a federal agency presence in the state of Alaska. The SED, Chad Padgett has devised a restructure plan that calls for closing two county offices located in rural farming areas and consolidating them into one office in the largest city in the state. In doing so he has totally ignored the industry and people he serves. The SED's plan will force producers in our area to travel an additional 220 miles to access the FSA office. Mr. Padgett has completely disregarded the hardship this move will place on producers in a misguided effort to be more "efficient".

Mr. Padgett devised his plan using numbers he has manipulated and a task force made up mostly of newcomers to the state with limited experience in providing programs to the huge areas serviced by Alaska's County Offices. The task force included one producer (the Chairman of the State committee) and one county office employee from the northern half of the sate and no county staff or producers from the southern half of the state. We find it suspicious that this task force developed a plan that calls for closing both offices in the south while both offices in the north will remain open.

This plan was approved by the Alaska State FSA committee just 3 weeks after it was announced to the County Committees and before any announcement to the public. The state Food and Agriculture committee who voted without public comment. We must note that one of the three members of the state FAC committee had been in the state for just 9 days prior to the vote on this issue. Mr. Padgett insists that there has been ample time for public comment, however we would like to know why the public was not involved in developing the plan or at least prior to the State Committee vote. We do not feel that telling the producers that they can send comments to Washington, D.C. is a real public process and holding public meetings now, 5 months after the plan was voted on by the State Committee, is a slap in the face to the producers of this state. This is especially true since both Mr. Padgett and Bill Ward, State Committee Chairman, stated that the consolidation plan is "policy" and Mr. Padgett stated that that even if he had enough money to keep our four county offices open, he would not do so. Mr. Padgett recently has held public meetings about the already approved plan. He has made the statement that irregardless of public and producer comments the plan will go forward.

Mr. Padgett's stated reason for the plan is to be more efficient by placing fewer employees in fewer offices near transportation hubs. This premise is flawed because more time and money will be spent by staff traveling back out to the farming areas where the offices are now located. Mr. Padgett has also stated that an office in Anchorage would be more convenient for producers from the outlying areas, however producers from these areas have testified that moving the offices to Anchorage will not serve them better, and that the offices should be left where they are currently located.

EXHIBIT 4   Page 1 of 2

Mr. Padgett's premise for the plan is flawed, the lack of public process is flawed, and his decisions and management of this plan is flawed. As an example, when he notified the Homer office that he would hold a public meeting in the building's conference room the office staff suggested it be held somewhere else because no more than 12 people would fit in the conference room. Mr. Padgett did not follow this suggestion and insisted that the meeting be held at the office. More than 40 people attended and the meeting took place in the hallway. People filled the hallway and the stairwell. Many attendees had to stand for 3 hours because not enough chairs could be set up in the hall. Some producers could not get up the stairwell and had to leave without a chance to comment. He was also notified that numerous people requested a teleconference because they could not attend in person due to distance. He refused to allow a teleconference so producers set one up themselves so that they could comment on the plan to close their office. We feel that these examples are indicative of Mr. Padgett's poor planning and lack of regard for the people he serves.

At this point, we do not know of any producers in favor of the plan with the exception of two people on the state committee. The fear is that if he implements the plan, he will further alienate producers. Mr. Padgett has lied, twisted the truth, and withheld information and when confronted he blamed everyone from the county committees, to the national office, to the producers for the situation. As a result many producers are so disgusted with Mr. Padgett's handling of this entire process that even if we have suggestions for new Farm Bill programs to help; many, if not most, of us would not be able to work with the state office to push the programs forward.

In essence, Chad Padgett is developing a systemic program of discrimination in rural Alaska. From our view he is an embarrassment to the Department of Agriculture, an embarrassment to the Farm Service Agency, and an embarrassment to the producers of State of Alaska.

After reviewing the video, we ask for your help to not only to stop the plan but also to remove Chad Padgett and the State Committee from their positions before they completely destroy the functionality of FSA and producer trust of the agency.

It is also our understanding that USDA is defying the wishes of Congress by continuing to move forward on FSA restructure plans.

Please find included:
Edited video tape of public hearing in Homer
Public hearing DVD showing only presentation by Chad Padgett
Public hearing DVD showing only public testimony and suggestions
Un-edited public hearing DVD includes chapter markers to navigate to specific testimony
FAQs document created by Chad Padgett
Response to FAQs created by Homer County producers
Letter from Homer County Committee Chairman Jim VanOss to State FSA Committee
Letter from Homer County Committee Chairman Jim VanOss to US Congressmen

Developed by producers who attended the meeting. Jim VanOss, Al Poindexter, Shirley Schollenberg and others.

EXHIBIT 4 Page 2 of 2