# Kenai Peninsula Chapter, Inc.
# Alaska Farm Bureau

48250 East End Rd.
Homer, Alaska 99603

President: Mark Marette   Vice President: Gary Presley   Treasurer: Shirley Schollenberg   Secretary: Jan Flora

**Petition to Remove Alaska Farm Service Agency State Executive Director (SED) And Alaska Farm Service Agency State Committee Chairman And Stating Support for the Homer and Wasilla Farm Service Agency Offices to Remain Open**

February 24, 2006

The Kenai Peninsula Chapter of the Alaska Farm Bureau has unanimously agreed to adopt this resolution in protest of the closing of the Homer Farm Service Agency office at a meeting held January 13, 2006. They further agreed to circulate the below petition requesting the removal of Farm Service Agency State Executive Director and Farm Service Agency State Committee Chairman for the following reasons:

WHEREAS, at the request of the current SED and the current STC, a 34% decline in state program dollars has occurred between the dates of 2003 through 2006;

WHEREAS, reductions in other states average 6%;

WHEREAS, this would place Alaska as the most poorly served state in the Union;

WHEREAS, this decline of program and personnel has been watched closely by our agricultural and conservation community, no formal protest has been previously lodged, for we also seek and support efficiencies in all government programs;

1

EXHIBIT 5   Page 1 of 6

WHEREAS, the producers affected have pointed to a reduction of the state office staff as the most logical place to make further cuts;

WHEREAS, delivery of any government program is inherently less efficient in Alaska than in more developed states;

WHEREAS, the efficiency of delivery is best accomplished when FSA offices are placed in the producer's community and co-located with the NRCS office that handles the engineering and inspection of the individual conservation practices;

WHEREAS, the distance technology, (sometimes referred to as E government), intended to be a companion to office closures has not been developed;

WHEREAS, no public hearings were held until this proposal was nearly complete;

WHEREAS, the restructure plan presented at public meetings held prior to the Jan. 19 STC meeting designated Anchorage as a hub office to serve the Homer and Wasilla areas, Fairbanks would become a hub office and Delta would be a sub-office of Fairbanks;

WHEREAS, amendments to the re-organization plan adopted at the Jan. 19 STC meeting represent a substantial change from the plan presented at all public hearings. COCs had only seven days to comment on this new plan.

WHEREAS, at the Jan. 19 meeting, the STC agreed to reconsider its vote at the Jan. 30th meeting to close the Homer and Wasilla offices based on input from the COCs;

WHEREAS, at the Jan 30th meeting the motion to reconsider was not seconded so input from the COCs was not considered fairly;

2

EXHIBIT 5 Page 2 of 6

WHEREAS, this is just one example of how the restructure of Alaska FSA has been mismanaged and how the COCs, producers, Alaska legislators, Borough Assembly or Mayors input has been ignored;

WHEREAS, the efficiencies indicated by being close to a major airport will be lost with the current restructure plan;

WHEREAS, these changes will extend to 300 miles the distance Homer producers have to travel to an FSA office;

WHEREAS, the task force that produced the restructure recommendation met without public notice;

WHEREAS, this task force did not have regional representation;

WHEREAS, the written report of this task force has not been revealed to the public;

WHEREAS, even the State Committee was not aware of the task force process until a year after its inception;

WHEREAS, no other state has requested such a radical abandoning of capacity;

WHEREAS, the national effort to consolidate offices was aimed at the "Tobacco Belt" and the states involved in the Tobacco Buyout;

WHEREAS, Alaska, Hawaii and other Geographically Disadvantaged Areas were specifically exempted from this pressure to downsize;

WHEREAS, actions of Congress in October of 2005 have suspended any further efforts by FSA to downsize;

WHEREAS, Congress prohibited any use of 2006 appropriations to close offices or downsize capacity;

3

EXHIBIT 5 Page 3 of 6

WHEREAS, provisions in the 2002 Farm Bill allow liquidated damages to be collected from producers who fail to install approved practices in a timely manner;

WHEREAS, the proposed hundreds of miles separating producers from their County Offices will create an alarming additional burden on producers to meet these time lines;

WHEREAS, the removal of local FSA presence will create a material breach of contract with those participants already signed up;

WHEREAS, this additional distance to local FSA offices will create significant and effective deterrence to placing conservation on the land;

WHEREAS the 2002 Farm Bill has provided huge new opportunities for our production agriculture to install soil conservation and water management practices on their properties;

WHEREAS, NRCS has provided the necessary support and encouragement to these producers to commit their time and resources to these programs;

WHEREAS, the FSA State Office has, in this same time frame, dismissed employees, canceled county committee meetings, withheld travel money, canceled newsletters, and denied outreach effort at Alaska's fairs;

WHEREAS, the SED has then sent this potential outreach money back to the federal government unspent;

WHEREAS, the FSA Loan Program was never allowed to be administered at the County level;

WHEREAS this lack of access to the loan program has denied Alaskan Farmers a valuable tool to finance their production;

WHEREAS, this holding of the loan program at the State Office has contributed to the low numbers now being cited as justification for downsizing;

4

EXHIBIT 5 Page 4 of 6

WHEREAS, this refusal to support the FSA programs has led to the low number of participants;

WHEREAS, this low level of participation is now being used to promote a huge new downsizing of capacity;

WHEREAS, the County Committees are elected by their communities and tasked with oversight of the public money;

WHEREAS, combining these Counties will seriously degrade their ability to know their community and their community to know them;

WHEREAS, this lack of County oversight will open the door to misdirection and fraud;

WHEREAS, Alaska and Hawaii are currently working on special provisions to extend the Geographically Disadvantaged States title in the Farm Bill;

WHEREAS, the success of this effort will recognize the special needs of these areas with special programs to be delivered by FSA;

WHEREAS, the producers of Alaska have encouraged the deferment of this downsizing until after the 2007 Farm Bill is enacted;

WHEREAS, the years of experience and local knowledge acquired by the current County Executive Director scheduled for dismissal will be lost;

WHEREAS, this experience and local knowledge can't be replaced from the Federal Labor Pool;

WHEREAS, the producers affected have shown unanimous opposition to this new and major round of downsizing;

5

EXHIBIT 5 Page 5 of 6

WHEREAS, the named appointees have refused to modify their position and are currently proceeding to close rural offices and disband county committees;

WHEREAS, irreconcilable differences have developed from this behavior;

WHEREAS, irreparable damage to the ability of FSA to deliver the programs will occur if this level of downsizing should be allowed;

WHEREAS, downsizing FSA presence in Alaska will not serve Native communities and other traditionally underserved clients;

Now therefore, we the undersigned support the Kenai Peninsula Farm Bureau's request for the removal and replacement of State Executive Director and State Committee Chairman.

| Signature | Print Name | Phone | Affiliation |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

6

EXHIBIT 5 Page 6 of 6