George T. Freeman
Attorney for Plaintiff
1152 P Street
Anchorage, AK 99501
Tel:    (907)274-8497
Fax:    (907)274-8497
Email:  gtf@gci.net

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KENAI PENINSULA CHAPTER - ALASKA FARM BUREAU, INC.<br><br>    Plaintiff,<br><br>    vs.<br><br>MIKE JOHANNS, in his official capacity as the Secretary of the United States Department of Agriculture, UNITED STATES DEPARTMENT OF AGRICULTURE, FARM SERVICE AGENCY, an agency of the United States Department of Agriculture, ALASKA FARM SERVICE AGENCY, an administrative Division of the Farm Service Agency, and CHAD PADGETT, in his official capacity as the State Executive Director of the Alaska Farm Service Agency,<br><br>    Defendants. | **PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTIVE RELIEF**<br><br><br><br><br><br><br>Case no. 3:06-CV-00098 RRB |

**PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER
AND PRELIMINARY INJUNCTIVE RELIEF**

Kenai Peninsula Chapter - Alaska Farm Bureau Inc. ("Plaintiff") hereby moves this

Court, pursuant to Federal Rule of Civil Procedure 65 and in relation to the scheduled closure of the Homer County FSA Service Center prior to the Court's disposition of Plaintiff's Complaint for Declaratory Relief, for a Temporary Restraining Order granting the following immediate injunctive relief to Plaintiff:

1. An order staying further action by Defendants relating to the proposed closure of the Homer County FSA Service Center on May 27, 2006, including:

    a) Withholding essential services from producers presently serviced by the Homer County FSA Service Center prior to a hearing on the merits of Plaintiff's request for injunctive/declaratory relief;

    b) Further removal of administrative or producer files, aerial photography, field or office equipment, and office furniture from the Homer County FSA Service Center;

    c) Detailing, reassigning or transferring permanent FSA employees currently assigned to the Homer County FSA Service Center to other FSA offices or locations;

    d) Relinquishing, terminating or allowing to expire any lease for office space necessary to the continued operation of the Homer County FSA Service Center;

    e) Any other action denying producers currently serviced by the Homer County FSA Service Center from accessing FSA programs and services through the Homer County FSA Service Center.

PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER
AND PRELIMINARY INJUNCTIVE RELIEF
*Kenai Peninsula Chapter – Alaska Farm Bureau, Inc. v. Johanns, et al.*
Case no. 3:06-CV-00098 RRB

2

Plaintiff also seeks preliminary injunctive relief in the same form set above. Plaintiff requests that the Court hear its request for preliminary injunction at the earliest possible date, but in no event later than May 27, 2006. However, Plaintiff's counsel hereby notifies the Court that he would be unable to appear for argument on May 9, 10, 11, 12, 15 or 16 due to scheduled appearances.

As demonstrated in the Memorandum in Support and the several affidavits accompanying this Motion, Plaintiff faces potential imminent irreparable harm if the scheduled closure of the Homer County FSA Service Center on May 28, 2006, continues on its present course.

Respectfully submitted on this 8th day of May, 2006.

GEORGE T. FREEMAN
Attorney for Plaintiff

s/George T. Freeman
1152 P Street
Anchorage, AK 99501
Tel:   (907) 274-8497
Fax:   (907) 274-8497
Email: gtf@gci.net
Alaska Bar No. 7806039

PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER
AND PRELIMINARY INJUNCTIVE RELIEF
*Kenai Peninsula Chapter – Alaska Farm Bureau, Inc. v. Johanns, et al.*
Case no. 3:06-CV-00098 RRB

3

**Certificate of Service**
I hereby certify that on
8th of May 2006, a
copy of the foregoing
PLAINTIFF'S MOTION
FOR TEMPORARY
RESTRAINING ORDER
AND PRELIMINARY
INJUNCTIVE RELIEF
was served by Certified Mail
on:

Attorney General of the United States
950 Pennsylvania Ave., NW
Washington, DC  20530-0001

US Attorney
For the District of Alaska
222 W. 7th Ave., Second Floor
Anchorage, AK 99513

Chad Padgett
State Executive Director
Alaska Farm Service Agency
800 W. Evergreen, #216
Palmer, AK  99645-6539

s/George T. Freeman

PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER
AND PRELIMINARY INJUNCTIVE RELIEF
*Kenai Peninsula Chapter – Alaska Farm Bureau, Inc. v. Johanns, et al.*
Case no. 3:06-CV-00098 RRB

**Certificate of Service**
I hereby certify that on
8th of May 2006, a
copy of the foregoing
PLAINTIFF'S MOTION
FOR TEMPORARY
RESTRAINING ORDER
AND PRELIMINARY
INJUNCTIVE RELIEF and
PROPOSED ORDER
was served by Certified Mail
on:

Attorney General of the United States
950 Pennsylvania Ave., NW
Washington, DC  20530-0001

US Attorney
For the District of Alaska
222 W. 7th Ave., Second Floor
Anchorage, AK 99513

Chad Padgett
State Executive Director
Alaska Farm Service Agency
800 W. Evergreen, #216
Palmer, AK  99645-6539

s/George T. Freeman

PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER
AND PRELIMINARY INJUNCTIVE RELIEF
*Kenai Peninsula Chapter – Alaska Farm Bureau, Inc. v. Johanns, et al.*
Case no. 3:06-CV-00098 RRB

PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER
AND PRELIMINARY INJUNCTIVE RELIEF
*Kenai Peninsula Chapter – Alaska Farm Bureau, Inc. v. Johanns, et al.*
Case no. 3:06-CV-00098 RRB