George T. Freeman
Attorney for Plaintiff
1152 P Street
Anchorage, AK 99501
Tel:    (907)274-8497
Fax:    (907)274-8497
Email:  gtf@gci.net

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KENAI PENINSULA CHAPTER - ALASKA FARM BUREAU, INC.<br><br>    Plaintiff,<br><br>    vs.<br><br>MIKE JOHANNS, in his official capacity as the Secretary of the United States Department of Agriculture, UNITED STATES DEPARTMENT OF AGRICULTURE, FARM SERVICE AGENCY, an agency of the United States Department of Agriculture, ALASKA FARM SERVICE AGENCY, an administrative Division of the Farm Service Agency, and CHAD PADGETT, in his official capacity as the State Executive Director of the Alaska Farm Service Agency,<br><br>    Defendants. | **PROPOSED TEMPORARY RESTRAINING ORDER**<br><br><br><br><br><br><br><br>Case no. 3:06-CV-00098 RRB |

**PROPOSED TEMPORARY RESTRAINING ORDER**

PROPOSED TEMPORARY RESTRAINING ORDER
*Kenai Peninsula Chapter – Alaska Farm Bureau, Inc. v. Johanns, et al.*
Case no. 3:06-CV-00098 RRB

1

2

Pursuant to the authority of this Court, the above-captioned Defendants are hereby noticed and ordered to immediately cease taking further action to close the Homer County FSA Service Center, including:

1. Withholding essential services from producers presently serviced by the Homer County FSA Service Center prior to a decision on Plaintiff's motion for preliminary injunctive relief;

2. Further removal of administrative or producer files, aerial photography, field or office equipment, and office furniture from the Homer County FSA Service Center;

3. Detailing, reassigning or transferring permanent FSA employees currently assigned to the Homer County FSA Service Center to other FSA offices or locations;

4. Relinquishing, terminating or allowing to expire any lease for office space necessary to the continued operation of the Homer County FSA Service Center;

5. Any other action denying producers currently serviced by the Homer County FSA Service Center from accessing FSA programs and services through the Homer County FSA Service Center.

Pursuant to Rule 65(c) of the Federal Rules of Civil Procedure, this order shall not issue until Plaintiff has posted security in the amount of $100.00 with this Court.

Entered this _____ day of May, 2006.

_____
Honorable Ralph R. Beistline
United States District Court Judge
For the District of Alaska

PROPOSED TEMPORARY RESTRAINING ORDER
*Kenai Peninsula Chapter – Alaska Farm Bureau, Inc. v. Johanns, et al.*
Case no. 3:06-CV-00098 RRB

2