# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

KENAI PENINSULA CHAPTER - AK FARM BUREAU    v.    JOHANNS

DATE:   May 8, 2006      CASE NO.   3:06-CV-0098-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:    **MINUTE ORDER FROM CHAMBERS**
**RE TEMPORARY RESTRAINING ORDER**

Defendants shall have until the close of business on **Friday, May 12, 2006**, to respond to Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunctive Relief (Docket 3).

M.O. RE TRO and PI