UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF ALASKA


     KENAI PENINSULA CHAPTER - AK FARM BUREAU   v.   JOHANNS

DATE:   May 8, 2006      CASE NO.   3:06-CV-0098-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
               **RESCINDING ORDER AT DOCKET 4**

---

    A review of the file in this matter indicates that Defendants have not been served and cannot, therefore, be expected to respond. The Court's Order at Docket 4 is therefore **rescinded**. The Court will revisit the issue once proof of service has been filed with the Court.




M.O. RESCINDING ORDER