George T. Freeman
Attorney for Plaintiff
1152 P Street
Anchorage, AK 99501
Tel:   (907)274-8497
Fax:   (907)274-8497
Email:  gtf@gci.net

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KENAI PENINSULA CHAPTER - ALASKA FARM BUREAU, INC.<br><br>   Plaintiff,<br><br> vs.<br><br>MIKE JOHANNS, et al,<br><br>   Defendants. | **AFFIDAVIT OF BRUCE WILLARD IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTIVE RELIEF AND MEMORANDUM IN SUPPORT**<br><br>Case No. 3:06-CV-00098 RRB |

## AFFIDAVIT OF BRUCE WILLARD

Being first duly cautioned and sworn, I, Bruce Willard, based upon my personal knowledge, state as follows:

1. I am over eighteen (18) years, under no legal disabilities, and am competent to give this affidavit. If called as a witness, I could and would competently testify as follows:

1

AFFIDAVIT OF BRUCE WILLARD
*Kenai Peninsula Chapter – Alaska Farm Bureau, Inc. v. Mike Johanns, et al.*
Case No. 3:06-CV-00098 RRB

2.      I am a member of the Kenai Peninsula Chapter-Alaska Farm Bureau. I have participated in Farm Service Agency programs in the past through the Homer County FSA Service Center.

3.      I formerly served as a member of the Alaska FSA State Committee.  I first became aware of a proposed FSA restructuring plan for Alaska at a May 2, 2005 meeting of the State Committee where it was discussed.  Neither Alaska FSA State Executive Director Chad Padgett nor Committee Chairman Bill Ward requested my input into the development of the original plan.

4.      I was present at a May 12, 2005, special session meeting of the Alaska FSA State Committee when State Executive Director Padgett laid out his restructure plan with County Committee members and employees from the Homer and Palmer FSA Service Centers. His recommendation was to close the Homer and Palmer offices and relocating the combined office at Anchorage because it was a transportation hub. The plan also called for combining the Delta and Fairbanks offices into one office at Fairbanks because it was a transportation hub with a sub-office at Delta which would be serviced by Fairbanks.  This was the plan that was endorsed by the State Food and Agriculture Committee/Council on June 17, 2005, that was forwarded to Washington for approval.

5.      I was present at a public meeting held on November 17, 2005, at the Homer County FSA Service Center in my capacity as a State Committee member.   State Committee Chairperson Bill Ward announced at the outset of the meeting that the only issue for discussion was where to locate a combined Homer and Palmer County office.   The

2

AFFIDAVIT OF BRUCE WILLARD
*Kenai Peninsula Chapter – Alaska Farm Bureau, Inc. v. Mike Johanns, et al.*
Case No. 3:06-CV-00098 RRB

comments received from those who could fit into the limited space were unanimously opposed to the restructuring plan. The plan being commented on at this meeting was closing the Homer and Palmer offices and relocating them to one office at Anchorage and closing the Delta office and servicing it from Fairbanks. The plan also called for a sub-office at Delta which would be serviced by Fairbanks.

6.   I participated in a teleconference with other members of the Alaska State FSA Committee and interested producers on January 19, 2006. We had agreed to allow participants to witness our discussion and vote. However, State Committee Chairperson Bill Ward terminated the teleconference before any Committee discussion or voting was done. The State Committee subsequently voted to close the Homer and Palmer County FSA Offices and locate a combined office with the State FSA office at Palmer. It also voted to consolidate the Fairbanks and Delta County offices into the existing county office in Delta which is where STC Chairperson Bill Ward lives. The plan approved by the State Committee is materially different from the one approved by the State Food and Agriculture Committee/Council recommended by the Alaska State FAC to the National FAC and the Secretary of Agriculture and commented on at the Homer public meeting. Despite these material differences, FSA is moving forward with the latter plan.

7.   State Executive Director Chad Padgett has never fully explained how producers currently served by the Homer FSA Service Center will be able to access or participate in FSA programs under the restructure plan or how FSA can maintain a presence in southern Alaska without an office at Homer.

3

AFFIDAVIT OF BRUCE WILLARD
*Kenai Peninsula Chapter – Alaska Farm Bureau, Inc. v. Mike Johanns, et al.*
Case No. 3:06-CV-00098 RRB

8.    I am unsure how the plan approved by the Alaska FSA State Committee on January 19, 2006, is justifiable under a "transportation hub" theory since neither of the resulting offices will located in transportation hubs. I requested at our meeting of January 19th that we consider County Committee recommendations and reconsider our restructure vote at our next meeting. It was agreed that those matters would be put on the agenda for our January 30, 2006, scheduled meeting.

9.    I moved for the State Committee to reconsider our January 19th actions at our meeting of January 30th but it died for lack of a second. The County Committee recommendations were not considered. I was notified on April 7, 2006, in a letter from the FSA Administrator that I was no longer a member of the Alaska FSA State Committee.

10.   The restructure plan being implemented has resulted in the redrawing of county boundaries for FSA administrative and program purposes.

11.   As a producer from southern Alaska, the closure of the Homer County FSA Service Center will make it impracticable for me to further participate in FSA programs because of the distance I would have to travel to access the office where my farm records are

4

AFFIDAVIT OF BRUCE WILLARD
*Kenai Peninsula Chapter – Alaska Farm Bureau, Inc. v. Mike Johanns, et al.*
Case No. 3:06-CV-00098 RRB

maintained.  It is approximately two hundred and seventy miles from the Homer County FSA

Service Center to the office at Palmer.


I certify under the penalty of perjury that the foregoing is true and correct.


Executed this 5/4 day of May, 2006.

Bruce Willard
Former Alaska FSA State Committee Member


Sworn to and subscribed before me, this 4th day of May, 2006.

Notary Public for the State of Alaska
My commission expires: 11-26-08

5

AFFIDAVIT OF BRUCE WILLARD
*Kenai Peninsula Chapter – Alaska Farm Bureau, Inc. v. Mike Johanns, et al.*
Case No. 3:06-CV-00098 RRB