George T. Freeman
Attorney for Plaintiff
1152 P Street
Anchorage, AK 99501
Tel:   (907)274-8497
Fax:   (907)274-8497
Email: gtf@gci.net

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| KENAI PENINSULA CHAPTER - ALASKA FARM BUREAU, INC. | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | **AFFIDAVIT OF JAMES VAN OSS IN SUPPORT OF** |
| MIKE JOHANNS, et al, | ) ) | **PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING** |
| Defendants. | ) ) ) | **ORDER AND PRELIMINARY INJUNCTIVE RELIEF AND MEMORANDUM IN SUPPORT** |
| | ) ) | |
| | ) | Case No. 3:06-CV-00098  RRB |

**AFFIDAVIT OF JAMES VAN OSS**

Being first duly cautioned and sworn, I, James Van Oss, based upon my personal knowledge,

1

AFFIDAVIT OF JAMES VAN OSS
*Kenai Peninsula Chapter – Alaska Farm Bureau, Inc. v. Mike Johanns, et al*
Case no. 3:06-CV-00098 RRB

state as follows:

1.    I am over eighteen (18) years, under no legal disabilities, and am competent to give this affidavit. If called as a witness, I could and would competently testify as follows:

2.    I am a member of the Kenai Peninsula Chapter-Alaska Farm Bureau. I am also a member of the Board of Directors of the Homer Soil and Water Conservation District. I have participated in Farm Service Agency programs in the past through the Homer County FSA Service Center.

3.    It is my understanding that the United States Department of Agriculture intends to close the Homer County FSA service center on May 27, 2006.

4.    I have served as an elected member of the Homer County Farm Service Agency County Committee (Homer COC) for nine years. I presently serve as chairman of the Homer COC. Our committee was elected by farmers, ranchers and fishermen from Homer County. The County committee supervises the County Executive Director, who in turn, supervises subordinate county office employees. The Homer County FSA Service Center is currently staffed with one full time employee- the County Executive Director. There are no subordinate county office employees at this time. USDA's Natural Resources Conservation Service is located in the same building as the Homer County FSA Service Center.

5.    I was present at a meeting of the Alaska State FSA Committee on May 12, 2005, wherein a proposed FSA restructuring plan for Alaska was discussed. Alaska FSA State

2

AFFIDAVIT OF JAMES VAN OSS
*Kenai Peninsula Chapter – Alaska Farm Bureau, Inc. v. Mike Johanns, et al*
Case no. 3:06-CV-00098 RRB

Executive Director Chad Padgett instructed me not to discuss the proposed plan with anyone other than my fellow Homer COC members and not to involve the public.

6. I was present at a meeting of the Kenai Peninsula Chapter-Alaska Farm Bureau on the evening of June 17, 2005. Alaska FSA State Executive Director Chad Padgett did not provide those present with any analysis or data justifying the proposed plan. He did invite those present to submit comments to the State Food and Agriculture Committee but did not tell us it would be acting on the plan the following Monday morning.

7. I was present at an August 1, 2005, meeting of the Homer Soil and Water Conservation District where a resolution opposing the proposed reorganization and requesting the minutes of all meetings relating to the plan was adopted. The Homer Soil and Water Conservation District requested such minutes subsequent to that resolution. Alaska State Executive Director Chad Padgett denied our request for minutes of the June 20, 2005 meeting of State Food and Agriculture Committee wherein it voted to recommend the proposed restructuring plan to the national offices.

8. I was present at a public meeting held on November 17, 2005 at the Homer County FSA Service Center. There was not enough room for everyone but State Executive Director Chad Padgett denied our request to move the meeting to an alternate location such that everyone could hear and participate. State Committee Chairperson Bill Ward announced at the outset of the meeting that the only issue for discussion was where to locate a combined Homer and Palmer County office. Mr. Padgett and Mr. Ward either could not

3

AFFIDAVIT OF JAMES VAN OSS
*Kenai Peninsula Chapter – Alaska Farm Bureau, Inc. v. Mike Johanns, et al*
Case no. 3:06-CV-00098 RRB

or would not explain how the plan would save money given the increased travel costs that FSA would necessarily incur under the proposed plan. Nor did they provide any analysis or data justifying the plan.

9.      I participated in a teleconference with other producers and the Alaska State FSA Committee on January 19, 2006. The State Committee had agreed to allow participants to witness its discussion and vote. However, State Committee Chairperson Bill Ward announced that he was terminating the teleconference before any Committee discussion or vote occurred.

10.     There has been no opportunity for the producers serviced by the Homer County FSA Service Center to have any input whatsoever into the restructuring plan. I have personal knowledge of repeated requests by concerned persons and organizations for State Executive Director Padgett and the Farm Service Agency to explain how closing the Homer County FSA Service Center will result in better service to the producers it currently serves or savings to the Agency. Those requests have never been honored and no justification has ever been received.

11.     The Homer Soil and Water Conservation District cannot reasonably fulfill its mission of promoting and assisting area farmers and ranchers interested in adopting conservation practices and technologies or processing applications without the benefit of services from our local FSA office.

12.     As a southern Alaskan producer, the restructuring plan will make it impracticable for me

4

AFFIDAVIT OF JAMES VAN OSS
*Kenai Peninsula Chapter – Alaska Farm Bureau, Inc. v. Mike Johanns, et al*
Case no. 3:06-CV-00098 RRB

to participate in FSA administered programs.

13.    I am in possession of copies of letters dated December 9, 2005, from Secretary of Agriculture Mike Johanns to the Chairmen of the House and Senate Subcommittees on Agriculture, Rural Development, Food and Drug Administration, and Related Agencies Committee on Appropriations relating to restructure of the Alaska FSA pursuant to the obligation imposed by the 2006 Appropriations Act. The letters announce USDA's intention to close the Homer and Delta County Offices with new headquarters at Palmer and Fairbanks respectively. It further provides for a sub-office in Delta Junction serviced by Fairbanks. The Secretary justifies the proposal on the basis that Fairbanks is "the major transportation hub which will give us the ability to serve producers in the entire northern region." Secretary Johanns further asserts in his letter that these proposed consolidations "were reviewed and approved by the National Food and Agriculture Council."

14.    The restructuring contemplated in the Secretary's above-referenced letter is nothing like the restructuring now being undertaken since Fairbanks will be closed while Delta will remain open.

15.    The public meetings relating to the restructuring plan were held on November 10th and 17th of 2005. Consequently, there have been no public meetings on the plan currently

5

AFFIDAVIT OF JAMES VAN OSS
*Kenai Peninsula Chapter – Alaska Farm Bureau, Inc. v. Mike Johanns, et al*
Case no. 3:06-CV-00098 RRB

being implemented for Alaska which is materially different from that described by the Secretary in his letter of December 9, 2005.

I certify under the penalty of perjury that the foregoing is true and correct.

Executed this _____ 4th. _____ day of May, 2006.

_____

JAMES VAN OSS

Sworn to and subscribed before me, this 4th day of May, 2006.

_____
Notary Public for the State of Alaska
My commission expires: 11-26-08

6



AFFIDAVIT OF JAMES VAN OSS
*Kenai Peninsula Chapter – Alaska Farm Bureau, Inc. v. Mike Johanns, et al*
Case no. 3:06-CV-00098 RRB