George T. Freeman
Attorney for Plaintiff
1152 P Street
Anchorage, AK 99501
Tel:   (907)274-8497
Fax:   (907)274-8497
Email: gtf@gci.net

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KENAI PENINSULA CHAPTER - ALASKA FARM BUREAU, INC. <br><br> Plaintiff, <br><br> vs. <br><br> MIKE JOHANNS, et al, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**AFFIDAVIT OF VICTOR MERCULIEF, SR. IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTIVE RELIEF AND MEMORANDUM IN SUPPORT**

Case No. 3:06-CV-00098  RRB

## AFFIDAVIT OF VICTOR MERCULIEF, SR.

Being first duly cautioned and sworn, I, Victor Merculief, Sr., based upon my personal

1

AFFIDAVIT OF VICTOR MERCULIEF, SR.
*Kenai Peninsula Chapter – Alaska Farm Bureau, Inc. v. Mike Johanns, et al.*
Case No. 3:06-CV-00098 RRB

knowledge, state as follows:

1.  I am over eighteen (18) years, under no legal disabilities, and am competent to give this affidavit. If called as a witness, I could and would competently testify as follows:

2.  I am the Chief Executive Officer of the Island Herders Coalition, a consortium of federally recognized Alaskan tribal governments. Our coalition is charged with the management and economic development of herd animals of member tribal governments and associated Alaska Native Corporations. The associate members of our Coalition are non-profit village corporations representing areas including, but not limited to, Nikolski, Akutan, St Paul and Nunavak Island.

3.  The restructuring plan currently being implemented varies substantially from the plan discussed and described at the Homer public meeting held on November 17, 2005, which I listened to via teleconference.

4.  The Island Herders Coalition was not consulted by anyone on the FSA task force which developed the original restructuring plan. Nor has our coalition had an opportunity to publicly comment on the current plan. To my knowledge there was no participation by any Native group regarding the establishment of the LLA boundaries.

5.  Coalition members are currently serviced by the Homer County FSA Service Center which is typically accessed by ferry from the outer islands. The current restructuring plan will require our having to travel a much longer distance to an FSA office in Palmer

2

AFFIDAVIT OF VICTOR MERCULIEF, SR.
*Kenai Peninsula Chapter – Alaska Farm Bureau, Inc. v. Mike Johanns, et al.*
Case No. 3:06-CV-00098 RRB

and thus will discourage program participation. Our members will have to travel as far as 900 miles to access an FSA office in Anchorage or Palmer.

6.    Our request of February 28, 2006, to the Alaska FSA State Committee that it provide us with the rigorous analysis relied upon for the current restructuring plan has not been honored.

7.    The Island Herders Coalition has received absolutely no explanation as to how either the original or the current FSA restructuring plan will better serve the public and Alaska's agricultural industry.

I certify under the penalty of perjury that the foregoing is true and correct.

Executed this _____4th_____ day of May, 2006.



VICTOR MERCULIEF, SR.
Chief Executive Officer
Island Herders Coalition

3

AFFIDAVIT OF VICTOR MERCULIEF, SR.
*Kenai Peninsula Chapter – Alaska Farm Bureau, Inc. v. Mike Johanns, et al.*
Case No. 3:06-CV-00098 RRB

Sworn to and subscribed before me, this ___4th___ day of May, 2006.

_Jolene Lekanof_
Notary Public for the State of Alaska
My commission expires: ___10/3/2009___

4

AFFIDAVIT OF VICTOR MERCULIEF, SR.
*Kenai Peninsula Chapter – Alaska Farm Bureau, Inc. v. Mike Johanns, et al.*
Case No. 3:06-CV-00098 RRB