George T. Freeman
Attorney for Plaintiff
1152 P Street
Anchorage, AK 99501
Tel:    (907)274-8497
Fax:    (907)274-8497
Email: gtf@gci.net

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KENAI PENINSULA CHAPTER - ALASKA FARM BUREAU, INC.<br><br>Plaintiff,<br><br>vs.<br><br>MIKE JOHANNS, et al,<br><br>Defendants. | **AFFIDAVIT OF MARK MARETTE IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTIVE RELIEF AND MEMORANDUM IN SUPPORT**<br><br>Case No. 3:06-CV-00098 RRB |

## AFFIDAVIT OF MARK MARRETTE

Being first duly cautioned and sworn, I, Mark Marette, based upon my personal knowledge state as follows:

1

1.      I am over eighteen (18) years, under no legal disabilities, and am competent to give this affidavit. If called as a witness, I could and would competently testify as follows:

2.      I currently serve as the president of the Kenai Peninsula Chapter-Alaska Farm Bureau. Many of our members participate in Farm Service Agency programs or otherwise use the services provided by the Homer County FSA Service Center. It is my understanding that the U.S. Department of Agriculture intends to close the Homer county FSA service center on May 27, 2006.

3.      I presided over a meeting of the Kenai Peninsula Chapter-Alaska Farm Bureau on the evening of June 17, 2005. Alaska FSA State Executive Director Chad Padgett asked to attend the regularly scheduled meeting to explain his restructuring plan. His plan was to close the Homer and Palmer County offices and relocate a combined office at Anchorage. It further called for closing the Delta Office and servicing those producers through a sub-office at Delta Junction. He did not provide us with any analysis or data justifying the proposed plan other than stating that relocating an office near a transportation hub would somehow result in improved service for the limited number of southern Alaskan producers. He did invite those of us present to submit comments to the State Food and Agriculture Committee (FAC) but did not tell us it would be acting on the plan the following Monday morning. Consequently, we were unable to provide contrary analysis relating to travel and personnel costs associated with the proposed plan to other FAC members before it took action on Mr. Padgett's proposal.

4.      Neither State Executive Director Chad Padget nor his task force asked for our input into

2

the original restructure plan.  As presented to us on June 17th, the Homer County FSA

Service Center would be closed irrespective of arguments or analysis in opposition.

5.    Despite numerous requests, neither State Executive Director Chad Padgett nor any other

representative of FSA has yet provided us with the rigorous analysis justifying closure of

the Homer County FSA Service Center.

6     There has never been any public comment in Homer or elsewhere in southern Alaska on

the restructure plan currently being implemented.

7.    Closing the Homer County FSA Service Center will make it impracticable for our

members to participate in FSA programs or otherwise avail themselves of local FSA

services necessary for their participation in other USDA programs.


I certify under the penalty of perjury that the foregoing is true and correct.

Executed this _____ 7 _____ day of May, 2006.

MARK MARETTE
President, Kenai Peninsula Chapter-
Alaska Farm Bureau


Sworn to and subscribed before me, this 4th day of May, 2006.

Notary Public for the State of Alaska
My commission expires: 8 | 19 | 09



3