George T. Freeman
Attorney for Plaintiff
1152 P Street
Anchorage, AK 99501
Tel:    (907)274-8497
Fax:    (907)274-8497
Email:  gtf@gci.net

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KENAI PENINSULA CHAPTER - ALASKA FARM BUREAU, INC.<br><br>    Plaintiff,<br><br>    vs.<br><br>MIKE JOHANNS, in his official capacity as the Secretary of the United States Department of Agriculture, UNITED STATES DEPARTMENT OF AGRICULTURE, FARM SERVICE AGENCY, an agency of the United States Department of Agriculture, ALASKA FARM SERVICE AGENCY, an administrative Division of the Farm Service Agency, and CHAD PADGETT, in his official capacity as the State Executive Director of the Alaska Farm Service Agency,<br><br>    Defendants. | **NOTICE OF FILING PROOFS OF SERVICE**<br><br><br><br><br><br><br><br><br>Case no. 3:06-CV-00098 RRB |

**NOTICE OF FILING PROOFS OF SERVICE**

NOTICE OF FILING PROOFS OF SERVICE
*Kenai Peninsula Chapter – Alaska Farm Bureau, Inc. v. Johanns, et al.*
Case no. 3:06-CV-00098 RRB

1

2

Kenai Peninsula Chapter – Kenai Farm Bureau, Inc., through its counsel, hereby files this Notice with the attached Exhibits 1, 2 and 3 that service of the Complaint and Summons were filed on the defendants by certified US mail in accordance with the Federal Rules of Civil Procedure.

DATED this 9th day of May 2006.

GEORGE T. FREEMAN
Attorney for Plaintiff

s/George T. Freeman
1152 P Street
Anchorage, AK 99501
Tel:    (907) 274-8497
Fax:    (907) 274-8497
Email: gtf@gci.net
Alaska Bar No. 7806039

NOTICE OF FILING PROOFS OF SERVICE
*Kenai Peninsula Chapter – Alaska Farm Bureau, Inc. v. Johanns, et al.*
Case no. 3:06-CV-00098 RRB

2

**Certificate of Service**

I hereby certify that on 9th of May 2006, a copy of the foregoing NOTICE OF FILING PROOFS OF SERVICE was served by Regular Mail on:

Attorney General of the United States
950 Pennsylvania Ave., NW
Washington, DC  20530-0001

US Attorney
For the District of Alaska
222 W. 7th Ave., Second Floor
Anchorage, AK 99513

Chad Padgett
State Executive Director
Alaska Farm Service Agency
800 W. Evergreen, #216
Palmer, AK  99645-6539

s/George T. Freeman

NOTICE OF FILING PROOFS OF SERVICE
*Kenai Peninsula Chapter – Alaska Farm Bureau, Inc. v. Johanns, et al.*
Case no. 3:06-CV-00098 RRB

3