**U.S. Postal Service**™
# CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20530-0001

| | | |
|---|---|---|
| Postage | $ | 2.07 |
| Certified Fee | | 2.40 |
| Return Reciept Fee (Endorsement Required) | | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 6.32 |

UNIT ID: 0510

Postmark Here

Clerk: TBK

05/01/06

Sent To *Attorney General of United States*

Street, Apt. No. or PO Box No. *950 Pennsylvania Ave NW*

City, State, ZIP+4 *Washington, DC 20530-0001*

PS Form 3800, June 2002          See Reverse for Instructions

7004 0550 0001 0150 2760

EXHIBIT 1   Page 1 of 5



Home | Help | Sign In

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7004 0550 0001 0150 0862**
Status: **Delivered**

Your item was delivered at 4:41 am on May 08, 2006 in WASHINGTON, DC 20530.

( Additional Details > )   ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.   ( Go > )

 POSTAL INSPECTORS     site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust                Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



EXHIBIT / Page 2 of 5

℀AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

For the     District of      Alaska

KENAI PENINSULA CHAPTER - Alaska Farm
Bureau, Inc., Plaintiff

V.

MIKE JOHANNS, Defendant (See Attachment)

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:   3:06-CV-00098 RRB

TO: (Name and address of Defendant)

Attorney General of the United States
US Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

George T. Freeman
1152 Street
Anchorage, AK 99501

an answer to the complaint which is served on you with this summons, within _____ 60 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

IDA ROMACK        5/1/2006

CLERK

(By) DEPUTY CLERK     DATE

EXHIBIT 1   Page 3 of 5

AO 440  (Rev.  8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  *May 1, 2006* |
| NAME OF SERVER *(PRINT)*  *Carol E. Butler* | TITLE  *Paralegal* |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):  *By Certified Mail no. 7004 0550 0001 0150 0862*

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL  $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  *5/8/06*
_____
Date

*Carol E. Butler*
_____
Signature of Server

*1112 W. 11Th Ave Anchorage Ak 99501*
_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

EXHIBIT 1  Page 4 of 5

Attachment to Summons

Case no: 3:06-CV-00098 RRB

UNITED STATES DEPARTMENT OF
AGRICULTURE, FARM SERVICE
AGENCY, an agency of the United States
Department of Agriculture, ALASKA
FARM SERVICE AGENCY, an administrative
Division of the Farm Service Agency,
and CHAD PADGETT, in his official capacity
as the State Executive Director of the Alaska
Farm Service Agency,

EXHIBIT *1* Page 5 of 5