| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)   *Julio*   B. Date of Delivery   *5/2/06*<br>C. Signature   X *J Julio*   ☑ Agent   ☐ Addressee<br>D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No |

1. Article Addressed to:

U.S. Attorney
222 W. 7TH Ave.
2nd Floor
Anchorage, AK
99513

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from s   *7004 0*   7004 0550 0001 0150 0886

PS Form 3811, July 1999    Domestic Return Receipt    102595-99-M-1789

EXHIBIT 2 Page 1 of 5

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

For the _____    District of _____    Alaska

KENAI PENINSULA CHAPTER - Alaska Farm
Bureau, Inc., Plaintiff

**SUMMONS IN A CIVIL ACTION**

V.

MIKE JOHANNS, Defendant (See Attachment)

CASE NUMBER:    3:06-CV-00098 RRB

TO: (Name and address of Defendant)

US Attorney
222 W. 7th Ave, 2nd floor
Anchorage, AK
            99513

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

George T. Freeman
1152 Street
Anchorage, AK 99501

an answer to the complaint which is served on you with this summons, within _____ 60 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

IDA ROMACK

DATE    5/1/2006

CLERK

(By) DEPUTY CLERK

EXHIBIT 2  Page 2 of 5

Attachment to Summons

Case no: 3:06-CV-00098 RRB


UNITED STATES DEPARTMENT OF
AGRICULTURE, FARM SERVICE
AGENCY, an agency of the United States
Department of Agriculture, ALASKA
FARM SERVICE AGENCY, an administrative
Division of the Farm Service Agency,
and CHAD PADGETT, in his official capacity
as the State Executive Director of the Alaska
Farm Service Agency,

EXHIBIT 2 Page 3 of 5

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  5/1/06 |
| NAME OF SERVER (PRINT)  Carol E. Butler | TITLE  Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):  By certified mail no: 7004 0550 0001 0150 0886

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL  $0.00 |
|---|---|---|

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    5/8/06      *Carol E. Butler*
           Date              Signature of Server

            1112 W. 11th Ave. Anchorage AK 99501
            Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

EXHIBIT 2 Page 4 of 5

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

ANCHORAGE AK 99543

| | | | |
|---|---|---|---|
| Postage | $ | 2.07 | UNIT ID: 0510 |
| Certified Fee | | 2.40 | |
| Return Reciept Fee (Endorsement Required) | | 1.85 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | | Clerk: TBK840 |
| Total Postage & Fees | $ | 6.32 | 05/01/2003 |

7004 0550 0001 0150 0486

Sent To
U.S. Attorney
Street, Apt. No.;
or PO Box No. 222 W 7th Ave. 2nd floor
City, State, ZIP+4
Anchorage AK 99513

PS Form 3800, June 2002                    See Reverse for Instructions

EXHIBIT 2 Page 5 of 5