| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

**SENDER:** *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (*Please Print Clearly*)   *Carla*
B. Date of Delivery   *5/8/06*

C. Signature
X *Pal Carli*
☑ Agent
☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☑ No

1. Article Addressed to:

Chad Padgett
State Exec. Director
Alaska Farm Svc. Agency
800 W. Evergreen # 216
Palmer, AK 99645-6539

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)   ☐ Yes

2. Article Number (*Copy from service label*)
7004   7004 0550 0001 0150 0893

PS Form 3811, July 1999       Domestic Return Receipt       102595-99-M-1789

EXHIBIT 3 Page 1 of 5

🖎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ For the _____ District of _____ Alaska _____

KENAI PENINSULA CHAPTER - Alaska Farm
Bureau, Inc., Plaintiff

V.

MIKE JOHANNS, Defendant (See Attachment)

### SUMMONS IN A CIVIL ACTION

CASE NUMBER:   3:06-CV-00098 RRB

TO: (Name and address of Defendant)

Chad Padgett
State Executive Director
Alaska Farm Service Agency
800 West Evergreen St., #216
Palmer, AK 99645-6539

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

George T. Freeman
1152 Street
Anchorage, AK 99501

an answer to the complaint which is served on you with this summons, within _____ 60 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

| | |
|---|---|
| IDA ROMACK | 5/1/2006 |
| CLERK | DATE |
| (By) DEPUTY CLERK | |

EXHIBIT 3 Page 2 of 5

Attachment to Summons

Case no: 3:06-CV-00098 RRB

UNITED STATES DEPARTMENT OF
AGRICULTURE, FARM SERVICE
AGENCY, an agency of the United States
Department of Agriculture, ALASKA
FARM SERVICE AGENCY, an administrative
Division of the Farm Service Agency,
and CHAD PADGETT, in his official capacity
as the State Executive Director of the Alaska
Farm Service Agency,

EXHIBIT 3 Page 3 of 5

AO 440  (Rev. 8/01)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 5/1/06 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Carol E. Butler | Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):  By Certified Mail No. 7004 0550 0001 01500893

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   5/8/06
                   Date

Carol E. Butler
*Signature of Server*

1112 W. 11th Ave Anchorage AK 99501
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

EXHIBIT 3 Page 4 of 5

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

PALMER, AK 99645-6539

| | | |
|---|---|---|
| Postage | $ | 2.07 |
| Certified Fee | | 2.40 |
| Return Reciept Fee (Endorsement Required) | | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 6.32 |

UNIT ID: 0510

Postmark Here

Clerk: TEK8NO

05/08/06

Sent To
Chad Padgett SED An Fami Svc Agency
Street, Apt. No.;
or PO Box No. 800 W. Evergreen #216
City, State, ZIP+4
Palmer, AK 99645-6539

7004 0550 0001 0150 0893

PS Form 3800, June 2002          See Reverse for Instructions

EXHIBIT 3 Page 5 of 5