DEBORAH M. SMITH
Acting United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| KENAI PENINSULA CHAPTER - ALASKA FARM BUREAU, INC., Plaintiff, v. MIKE JOHANNS, et al. Defendants. | Case No. 3:06-00098-RRB **ENTRY OF APPEARANCE** |
|---|---|

   Richard L. Pomeroy, Assistant U.S. Attorney, hereby enters his appearance as an attorney of record for all Defendants in the above-entitled matter and requests that copies of all pleadings filed be directed to him.

Respectfully requested this 10th day of May, 2006, in Anchorage, Alaska.

>DEBORAH M. SMITH
Acting United States Attorney

s/Richard L. Pomeroy
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov
AK #8906031

**CERTIFICATE OF SERVICE**

I hereby certify that on May 10, 2006,
a copy of the foregoing ENTRY OF
APPEARANCE was served
electronically on George T. Freeman.

s/ Richard L. Pomeroy