**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

<u> KENAI PENINSULA CHAPTER - AK FARM BUREAU </u>  v.  <u> JOHANNS </u>

DATE:  <u> May 16, 2006 </u>   CASE NO.  <u> 3:06-CV-0098-RRB </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
RE TEMPORARY RESTRAINING ORDER**

---

  Defendants shall have until the close of business on **Monday, May 22, 2006**, to respond to Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunctive Relief (Docket 3).

M.O. RE TRO and PI