USDA

**United States Department of Agriculture**

Farm and Foreign Agricultural Services

Farm Service Agency

Alaska State Office
800 W. Evergreen
Suite 216
Palmer, AK
99645-6389

# ALASKA REORGANIZATION PLAN
## FINDINGS
## FY2005

A Vision for the Future

USDA is an Equal Opportunity Employer and Provider

Exhibit A

## TABLE OF CONTENTS

PAGE 3.....................................................................BACKGROUND

PAGE 3......................................................................OVERVIEW

PAGE 3......................................................................STATEMENT OF PURPOSE

PAGE 3-4...................................................................VISION STATEMENT, GOALS,
                                                                        OBJECTIVES

PAGE 5-8...................................................................DETERMINATIONS –
                                                                        GENERALITIES

PAGES9-17..................................................................RANGE OF OPTIONS
        PAGE 9............................................... .........OPTION 1 – EXPANSION
        PAGE 10-13......................................................OPTION 2 – STATUS QUO
            PAGE 10...........................................HOMER
            PAGE 11...........................................PALMER
            PAGE 12...........................................FAIRBANKS
            PAGE 13...........................................DELTA
        PAGE 14-17................................................ .....OPTION 3 – NORTHERN AND
                                                                        SOUTHERN COUNTIES
            PAGE 15...........................................NORTHERN REGION
            PAGE 16-17........................................SOUTHERN REGION

PAGE 18....................................................................RECOMMENDATIONS

PAGE 19-...................................................................EXHIBITS
                                                A COUNTY MAPS
                                                B SIGNUP ACTIVITY
                                                C ADMINISTRATIVE EXPENDITURE REPORT
                                                D ACTIVE PRODUCERS
                                                F LEGISLATIVE PRIORITIES
                                                G WORKLOAD REPORTS

## BACKGROUND

On November 19th, 2004 the Alaska State Executive Director (SED) formed a task force to review Program Delivery in Alaska. The SED selected task force members based upon experience with the agency, knowledge of program activity, grade level (i.e. level of responsibility), representation of county and state level views, and time to devote to the task force.

The task force met November 29th through December 2nd, 2004 to review program delivery and make recommendations to the State Committee. The recommendations are based upon service to Alaska producers, good business practices, and budget levels.

## OVERVIEW

The task force began meetings by establishing a Statement of Purpose, Vision Statement, Goals, and Objectives. After establishing those basic principals, the task force developed questions to be answered, identified affected stakeholders, and reviewed program delivery to date using a number of tools.

The task force reviewed current and potential activity by area to reach recommended options using a full spectrum of options ranging from expansion of offices to closures.

## STATEMENT OF PURPOSE

The task force was formed to review program delivery in Alaska and whether or not the most efficient means of delivery was in use or if the situation needed to change. Task force members were to review the situation keeping service to all producers as the number one priority. Secondary to service, members were to review the situation based upon cost efficiencies, good business sense, and effects to employees.

## VISION STATEMENT

The Alaska State Farm Service Agency Task Force exists to review service to all producers in Alaska using the most efficient means possible. Our vision is to provide the best possible service to producers in the most efficient manner.

## GOALS

Goal 1 – Identify and determine external and internal stakeholders;

Goal 2 – Identify and determine what constitutes the best possible service to all producers;

Goal 3 – Identify what makes good business sense in Alaska keeping in mind best possible service to all producers and external stakeholders;

Goal 4 – Identify impacts to employees and producers.

## OBJECTIVES

1.  Identify current and potential external and internal stakeholders (producers, employees, agencies, local and tribal governments, etc.)

2.  Review and determine current and future producer interests by County;

3.  Review and determine current and potential program activity and needs by County;

4.  Review and determine geographic and socioeconomic boundaries and issues;

5.  Review outreach activities and Civil Rights responsibilities;

6.  Review budget and staffing levels;

7.  Review most cost efficient means for producers to interact with FSA employees based upon Geographic, Socioeconomic, and procedural boundaries;

8.  Review current and potential legislative Priorities;

9.  Review impacts to producers, employees, and sister agencies.

## DETERMINATIONS OF THE TASK FORCE

### *Generalities*

Historically, the county boundaries in Alaska have posed a challenge in servicing producers due to programmatic, geographic, socioeconomic, and budgetary challenges. Alaska is 1/5 the size of the entire United States (Refer to Exhibit A) with little road system for easy transportation of goods and services. Most of the agricultural base in Alaska is centered on the road system between the City of Homer and the City of Fairbanks.

There is a decline in traditional forms of agricultural production with more growth in "Farmers Market", shellfish, and greenhouse / nursery types of production. Current Farm Bill Programs do not meet the needs of these groups in Alaska with the exception of possible Farm Loan Program Activity.

The addition of commercial salmon fishermen, changes to the definition of livestock (to include reindeer) and the location of shellfish and greenhouse type growers, (in terms of program activity and membership on FSA County Committees in Alaska), have forced a shift in strategy for delivery of programs in Alaska. Transportation of employees and access to services by producers off the road system are becoming more critical. Currently, most FSA offices are not near major transportation hubs where normal business activities for these producers are conducted and have centered on the road system rather than air to provide access for farmers and ease of movement for employees and COC members.

FSA in Alaska has concentrated heavily upon outreach activities to Alaskan Native, Tribal, Faith-based organizations, local and State government, farm and fish organizations, etc. However, the interest level from producers in return has dwindled with only 96 signups in all programs other than Trade Adjustment Assistance for FY2004. Mid-Year for 2005, there are only 42 signups excluding TAA. 35 of those signups were rollover DCP contracts.

Due to the current location of offices and staff, costs incurred are at an increased level in order for those staff to reach major transportation hubs and deliver programs to producers. Additionally, employee concerns over driving and time to reach transportation hubs for air travel have become increasingly critical resulting in concerns over personnel safety.

As such, it can be concluded that FSA currently does not provide the most effective and efficient access to farmers and fishermen in the State. While potential for agricultural growth exists, many of the basic types of infrastructure, such as implement dealers, brokers, storage facilities, terminal markets, etc., have hindered the ability of the farmer to move product to and from markets cost effectively and efficiently. Due to the lack of infrastructure, Alaska FSA is not able to provide many of the support functions typical to other States nationwide in price support and conservation programs.

**The aforementioned conclusion was derived after review of the materials listed in the exhibits and summarized by the following:**

## _Statewide:_

STAKEHOLDERS

Producers
- Agricultural Producers, hay and feed grain, dairies, livestock (Includes shellfish, reindeer, and greenhouse/nursery)- 610 farms statewide according to Ag Statistics (See Exhibit B);
- Fishermen
  - 25,000 Salmon Permit Holders and Crew Members
  - 4,367 active on FSA roles for FY 2004(See Exhibit C)
  - 1,486 active on FSA roles for FY2005 (See Exhibit

Employees - County
- 1 CO-12 CED
- 2 CO-11 CEDs
- 1 CO-11 CED (VACANT)
- 2 CO-8 Full Time Permanent PT
- 2 CO-5-7 Full Time Permanent PTs
- 1 CO-3-5 Full Time Permanent PT (VACANT)
- 3 CO 3-5 Intermittent Temporaries

Employees – State Office
- 1 GS-15 SED
- 1 GS-13 Program Manager/District Director
- 1 GS-12 Administrative Officer
- 1 GS-12 Farm Loan Specialist
- 1 GS-12 Agricultural Program Specialist (Conservation)
- 2 GS-9 Agricultural Program Specialists (1 full-time on Farm Loan Programs)
- 1 GS-5 SED Secretary

Sister/Partner Agencies
- **NRCS –** Located in all 4 service centers
- **RD** – Only 1 service center with RD presence - Fairbanks
- **Division of AG – 2 Service Centers (**Palmer and Fairbanks)
- **Cooperative Extension** – Fairbanks / Delta Junction
- **Marine Advisory Program** (MAP) – 1 in Homer
- **Risk Management – Fairbanks, Agri-lite**
- **Agricultural Marketing Service – No presence in Alaska**
- **Soil and Water Conservation Districts – All Service Centers**
- **Native Corporations and Tribal entities**
  - 13 Regional Corporations
  - 229 Tribal entities

Sister/Partner Agencies (Cont)
- **Resource and Conservation Development Councils**
- Alaska Department of Natural Resources
- Alaska Department of Fish and Game
- DOI Fish and Wildlife
- DOL
- BLM
- Corp of Engineers
- Forest Service

External Stakeholders
- Native Entities
- **Farm Bureau**
- **Farmers Union**
- **State of Alaska**
- United Fishermen of Alaska
- **Local Community (includes landlord/ tenant relationships)**
- UAF
- Community and Faith Based Organizations

Geographic and Socioeconomic Issues
- Agricultural Production is on the decline for "traditional commodities" covered by Farm Bill Programs in Alaska;
- Alaska FSA programs offered are only used by a select group (Programs do not meet need of agriculture in development stage);
- Producers are not eligible for most programs or do not meet specific program criteria and become discouraged although positive outreach is conducted and heavily concentrated;
- Transportation to and from meetings and for signups is costly;
- Fishermen and Farmers are informed of COC meetings and elections but participation is light;
- Alaskan Native and Tribal groups have expressed little interest in FSA programs and COC membership due to limited Farming and agricultural holdings;
- FSA staff travel to producers – Producers do not come to the office (some exceptions);
- Most offices are located in convenient road transportation hubs or areas, but are not accessible by remote producers using air transportation.
- FSA programs currently fit small number of producers needs;
- Agricultural Production of "traditional commodities" is in decline due to lack of adequate infrastructure, (markets, processors, transportation, storage facilities, funding sources);
- Farm Loan Program participants are beginning to use the loan program. Growth in the program seems possible with the added duties for CEDs to gain Loan Approval authorities.

## OUTREACH / CIVIL RIGHTS

- Outreach and civil rights have been main focus of FSA operations in Alaska. Outreach has increased but program activity has declined due to loss in EQIP / ACP activities, decline in agricultural production and lands;
- Programs available do not meet needs;
- Widespread publication and meetings have been conducted to a number of Native Alaskan tribal entities, Community and Faith-based organizations, producers (farmers and fishermen), print and electronic media, and interested parties with little interest in return;
- Farm Loan Program activities have increased in servicing actions due to "unauthorized" loans prior to 2001. Potential for growth in Loan Making but servicing actions and agency credibility problems have hindered growth in Loan Making;
- Outreach through FFA chapters statewide is promising with increased interest in youth loans;
- Growth has been tremendous off the road system with additions of programs such as Trade Adjustment Assistance for Fishermen, changes to the definition of livestock to include reindeer and elk, and growth in Aquaculture farming;

# RANGE OF OPTIONS

### EXPANSION – OPTION 1

It was determined by the task force that expansion of offices was unrealistic due to the following:

- Programs currently administered by FSA are limited for eligible producer needs. (farms do not carry enough production history to qualify for many yield / acreage based programs);
- Producer activity in signups for programs and making contact with offices does not justify expansion;
- Price support program participation is limited because of lack of terminal market in Alaska and types of commodities grown;
- Potential programs that could be legislated under a new Farm Bill are in the development stage with potential workload immeasurable;
- Offices are currently working more on Administrative workload through system 36 operations, outreach, and civil rights activities than actual delivery of programs. Therefore, expansion of offices would not provide better service to producers;
- Fails to serve underserved population do to lack of eligible programs.

STATUS QUO BY COUNTY – OPTION 2

I. **Homer County – Producer Activity**
- Homer County no longer administers the Agricultural Conservation Program (ACP), a mainstay for the county in prior years;
- ACP program no longer exists and EQIP is no longer administered by FSA;
- Largest Geographic County in the nation with 220 listed producers (per Homer County);
- FY2004 signup for Homer County all programs excluding Trade Adjustment Assistance (TAA) for fishermen was 48 serving 21 producers;
- Most of the FY2004 signup was in EQIP (transferred to NRCS in FY05). Excluding EQIP signup Homer signed 6 producers in other programs to assist a total of 4 producers;
- Total payout in all programs (excluding TAA) for Homer County was $134,356
- The State Office ran TAA in FY2004. Applicants from Homer County were numbered at 2,376;
- Farm Loan Program will take over one year to transition into the County system;

II. **Homer County Employment**
- 1 CO-11 CED
- 1 CO-4 Intermittent Temporary PT

III. **Homer County - Conclusions**
- Programs currently available do not meet the needs of producers with the exception of the TAA program and very light activity in the Continuous CRP program.
- Producer activity in the office is light (Only 1 signup so far in FY 2005 excluding TAA);
- Potential programs that could be legislated under a new Farm Bill are immeasurable with several years passing before possible implementation;
- Homer County Service Center is not located in a major transportation hub to serve TAA applicants and agricultural producers off the road system;
- It is expensive and inconvenient for producers to reach the Homer County Office;
- COC nominations and voting activity is very minimal (hard to fill slate of nominees);
- It is not cost efficient for employees located in the Homer Office to travel outside of the Kenai Peninsula to reach producers;
- There is an added cost for COC members living off the road system to attend meetings;
- TAA signup for FY2005 is light at this time (see Exhibit ) with anticipation that TAA will not be administered in FY2006;
- Current County and LAA Boundaries do not provide for participation by majority of production types and does not allow for full participation by fishing areas and aquaculture farms;
- Farm Loan Programs are not currently administered in the County but work is being conducted to allow for CED participation in the program;
- The office is currently working more on Administrative workload than delivery of programs.

**I. Palmer County – Producer Activity**
- Palmer County is located in a diverse agricultural area of the State with urban encroachment upon agricultural lands (Vegetable crops, hay, and dairy are traditional crops in the County);
- Shellfish and Farmers Market growers are on the rise in the County;
- Palmer reports 347 active Farms;
- Palmer reports 1933 active fishermen (FY2004);
- FY2004 signup for Palmer County all programs excluding Trade Adjustment Assistance (TAA) for fishermen was 36 signups serving 39 producers;
- FY 2005 signup for Palmer County all programs excluding TAA is 7;
- Most of the FY2004 signup was in EQIP (transferred to NRCS in FY05). Excluding EQIP signup Palmer signed 17 applicants in other programs to assist a total of 19 producers;
- Total payout in all programs for FY2004 (excluding TAA) for Palmer County was $527,441;
- Applicants from Palmer County were numbered at 1,933 in FY2004 and 785 in FY2005.

**II. Palmer County Employment**
- 1 CO-11 CED
- 1 CO-5-7 Full Time Permanent PT

**III. Palmer County - Conclusions**
- Programs currently available in the County do not meet the needs of producers with the exception of the TAA program.
- Producer activity in the office is light;
- Potential programs that could be legislated under a new Farm Bill are immeasurable with several years passing before possible implementation;
- The Palmer County Service Center is not located in a major transportation hub to serve TAA applicants and agricultural producers off the road system;
- It is expensive and inconvenient for producers off the road system to reach the Palmer County Office;
- COC nominations and voting activity is minimal;
- It is not cost efficient for employees located in the Palmer Office to travel outside of the Matanuska-Susitna Borough to reach producers but producers in the Mat-Su borough do conduct business in Palmer, Wasilla, and Anchorage;
- More businesses are moving into the Mat-Su borough as the fastest area of urban growth in the State;
- There is an added cost for COC members living on and off the road system to attend meetings under current boundaries;
- TAA signup for FY2005 is light at this time (see Exhibit );
- Current County and LAA Boundaries do not provide for participation by majority of production types and does not allow for full participation by fishing areas;
- The office is currently working more on Administrative duties than in program delivery.

**I. Fairbanks County – Producer Activity (Shared Management with Delta)**
- Fairbanks County is located in a diverse agricultural area of the State with potentials for additional large agricultural land sales;
- Farmers Market growers are on the rise in the County and are the staple of agriculture in the area;
- Fairbanks reports  60 active producers and 86 potentially active producers;
- Fairbanks reports 60 active fishermen (FY2004);
- FY2004 signup for Fairbanks County all programs excluding Trade Adjustment Assistance (TAA) for fishermen was 7 signups serving 18 producers;
- FY2005 signup (excluding TAA) is 7;
- Excluding EQIP for FY2004 (transferred to NRCS in FY05) Fairbanks signed 6 applicants in other programs to assist a total of 7 producers;
- Total payout in all programs for FY2004 (excluding TAA) for Fairbanks County was $74,363;
- TAA Applicants from Fairbanks County were numbered at 60.

**II. Fairbanks County Employment  (Shared Management with Delta County)**
- 1 CO-12 CED
- 1  CO-8  Full Time Permanent PT

**III. Fairbanks County - Conclusions**
- Programs currently available in the County do not meet the needs of producers;
- Producer activity in the office is light;
- Potential programs that could be legislated under a new Farm Bill are immeasurable with several years passing before possible implementation;  but has the largest potential for agricultural land sales topping 50,000 acres;
- Potentials exist for LDPs,  Farm Storage Facility Loans, and non-recourse marketing loans;
- The Fairbanks County Service Center is located in a major transportation hub to serve TAA applicants and agricultural producers on and off the road system;
- Fairbanks is a place where normal business activities are conducted by producers on and off the road system;
- COC nominations and voting activity are very minimal (hard to fill slate of nominees);
- It is cost efficient for employees located in the Fairbanks Office to travel outside of the road system to reach producers;
- There is no added cost for COC members living off the road system to attend meetings;
- TAA signup for FY2005 is light at this time (see Exhibit );
- Current County and LAA Boundaries provide for participation by majority of production types and do allow for full participation by fishing area in the County;
- The office is currently working more on Outreach and Administrative duties than in program delivery and have increased participation;
- Fairbanks is assisting in FLP delivery;

**I. Delta County – Producer Activity**
- Delta County is the largest area of "traditional" grain, vegetable, and hay production with some dairy and Farmers Market types of production;
- 28% of the acreage in Delta County is enrolled in the Conservation Reserve Program (CRP);
- Delta County faces large CRP compliance issues from prior years with the majority of contracts expiring in 2007;
- Delta County reports 120 active producers and 63 potentially active producers;
- Delta reports 10 active fishermen (FY2004);
- FY2004 signup for Delta County all programs excluding Trade Adjustment Assistance (TAA) for fishermen was 5 signups serving 123 producers (no signups but payments to producers in CRP, DCP);
- FY2005 signup for Delta County excluding TAA is 28;
- Excluding EQIP for FY2004 (transferred to NRCS in FY05) Delta signed 5 applicants in other programs to assist a total of 120 producers;
- Total payout in all programs (excluding TAA) for Delta County was $1,108,060.1
- FY2004 TAA applicants from Delta County were numbered at 10 and FY2005 2.
- Delta is in shared management with Fairbanks County. The CED is located in Fairbanks due to Fairbanks being a major transportation hub, housing shortages in Delta Junction, and most farmers conduct business in Fairbanks.

**II. Delta County Employment (Shared Management with Fairbanks County)**
- 1 CO-5/7 Full Time Permanent PT (also has FLP responsibilities as half of the Loan portfolio is in Delta County)
- 1 CO-8 Full Time Permanent PT

**III. Delta County - Conclusions**
- Programs currently available in the County do not meet the needs of producers with exception of CRP and some DCP;
- Producer activity in the office is light;
- Potentials exist for LDPs, a terminal market, Farm Storage Facility Loans, and non-recourse marketing loans;
- Potential programs that could be legislated under a new Farm Bill are immeasurable with several years passing before possible implementation; but has some potential for agricultural land sales increasing acreage in the County;
- The Delta County Service Center is not located in a major transportation hub;
- Major business activities by Delta producers are conducted in Fairbanks;
- COC nominations and voting activity are light to moderate;
- It is not cost efficient for employees located in the Delta Office to travel outside of the County to reach producers;
- TAA signup for FY2005 is very light (see Exhibit );
- Current County and LAA Boundaries provide for participation by majority of production types and do allow for full participation by fishing area in the County;
- The office is currently working more on Outreach and Administrative duties than in program delivery and have increased participation;
- Delta County is assisting in FLP delivery and outreach;

NORTHERN / SOUTHERN COUNTIES – OPTION 3

This option would allow for two Counties in the State located in major transportation hubs to service producers both on and off the road system. It redraws the county boundaries to be consistent with borough and Census area lines, increase potential participation by underserved groups on the COC, locate Service Centers in major transportation hubs to allow more opportunity for producers to reach offices without added costs, reduces staffing levels, reduces office space, reduces equipment and electronic system needs, reduces County and State Administrative workload to allow for concentration on program delivery.

Farm Loan Program Delivery will be conducted in the field with review by the State Office allowing for personal service in the major areas of loan activity.

The Northern County would encompass the following Borough and Census Areas with the Service Center located in Fairbanks and a sub-office in Delta:

- Southeast Fairbanks Borough (existing Delta County),
- Fairbanks North Star Borough (existing Fairbanks County)
- Yukon-Koyukuk Census Area (existing Fairbanks County)
- North Slope Borough (existing Fairbanks County)
- Northwest Arctic Borough (existing Fairbanks County)
- Nome Census Area (addition from Homer)
- Wade Hampton Census area (addition from Homer)

The Southern County would encompass the following Borough and Census Areas with the office located in Anchorage:

- Bethel Census Area (existing Homer)
- Dillingham Census Area (existing Homer)
- Bristol Bay Census Area (existing Homer)
- Lake and Peninsula Borough (existing Homer)
- Kenai Peninsula Borough (existing Homer)
- Kodiak Island Borough (existing Homer)
- Aleutians East Borough (existing Homer)
- Aleutians West Borough (existing Homer)
- Matanuska-Susitna Borough (existing Palmer)
- Anchorage Borough (existing Palmer)
- Valdez-Cordova Census Area (existing Palmer)
- Skagway-Hoonah-Angoon Borough (existing Palmer)
- Yakutat Borough (existing Palmer)
- Haines Borough (existing Palmer)
- Juneau Census Area (existing Palmer)
- Sitka Island Borough (existing Palmer)
- Wrangell Petersburg Census Area (existing Palmer)
- Ketchikan Gateway Borough (existing Palmer)
- Prince of Wales – Outer Ketchikan Census Area (existing Palmer)

Cost Analysis – In Brief

I. North
   A. Staffing-Current
      1. 1-CED CO-12 (Shared Management
      2. 1 - CED CO-11 - VACANT
      2. 3-PTs fulltime (2 CO-8s/ 1 CO-5)
      3. 0-Temps
      4. 6-COC and 2-Advisors
   B. Staffing-Reorganization
      1. 1-CED CO-12
      2. 2-PT CO-7 (one Fairbanks, one Delta)
      3. 0-Temps
      4. 5-COC and 1-Advisor (possible)
   C. Payroll Savings – Less Administrative Time to administer 2 offices
      1. CO-11 (CED)
      2. CO-8
      3. Grade change for one employee from CO-8 to CO-7
      3. 0-Temp
      4. 1 COC/Advisor
   D. Travel-Current ($27,138.00/year total)
      1. CED Shared management travel --$7,000/year and 8 hours/week or 416 hours; cost of $12,480/year for time.  Total is $19,480.
      2. COC travel and payroll--$6,000/year but guidance to use teleconferencing as feasible.
   E. Travel-Reorganization
      1. More off-road travel.
      2. COC travel and payroll--guidance to use teleconferencing as feasible with anticipated increase in air costs due to LAA changes.
   F. Travel
      Overall, the travel savings will be a wash.
   G. Rent-Current
      1. $60,000/year
      2. Utilities of $700/month in both or $8400/year
   H. Rent-Reorganization
      1. No rent—FSA would not be lead agency in Delta, less space.
      2. Utilities are $4,200/year at most.
   I. Equipment – No duplication
      1. Copier
      2. Fax
      3. System 36 / AS400
      4. Furniture
      5. Phones

COST ANALYSIS – IN BRIEF (CONT.)

I. South
   A. Staffing-Current
      1. 2-CED CO-11
      2. 1-PT Fulltime CO-7
      3. 3- CO-3/5 Intermittent temps
      4. 6-COC and 2-Advisors
   B. Staffing-Reorganization
      1. 1-CED CO-12
      2. 2-PT CO-7 (Fulltime Permanent – 1 position moved from North)
      3. 0-Temp
      4. 5-COC and 1-Advisor
   C. Payroll Savings – Less Administrative Time – More Program delivery
      1. CO-11 (CED)
      2. 9 Temp Staff years
      3. 1 COC/Advisor
   D. Travel-Current ($58,633.86/year total)
      1. Homer County - $131.00 per flight to Anchorage
         a. COC member (Kodiak) - $131.00 per flight to Anchorage
         b. Employee travel from Homer to Anchorage (same as above)
      2. Palmer County – 104 miles (round trip) to Anchorage
   E. Travel-Reorganization
      1. More off-road travel.
      2. COC travel and payroll--guidance to use teleconferencing as feasible with anticipated increase in air costs due to LAA changes.
   F. Travel
      Overall, the travel savings will be a wash.
   G. Rent-Current
      1. Homer - $15,000.00/year
      2. Palmer – No figure as of this writing
   H. Rent-Reorganization
      1. No rent—FSA would not be lead agency in Anchorage, less space.
      2. NRCS has useable space in Anchorage.
      3. Cost savings come in only having one office vs. two and not being lead agency with less overall space;
   I  Equipment
      1. Copier
      2. Fax
      3. System 36 / AS400
      4. Furniture
      5. Phones

## RECOMMENDATIONS

The task force has recommended the Northern/Southern County option as the best feasible option to administer programs in Alaska. This option provides more opportunities for all producers to do business with FSA and creates efficiencies in the staffing levels, budgetary needs, and time to deliver programs rather than simply conduct administrative work. The end effect of this option is better service to all producers and better business practices for the agency in Alaska. Underserved producers will have better access to employees and offices at a personal cost savings and timely delivery of programs.

While efficiencies are created, effects to employees, their families, and communities were also explored. Based upon the activity levels in the offices and program delivery to producers and surrounding communities, it was determined that communities and producers will be better served with no net loss and better potential for gains in service. Communities and producers not currently receiving services, will have more opportunities to receive that service resulting in a net gain for producers and communities in those areas.

Affected employees are currently located in the State Office (Palmer), Palmer County Office (Wasilla), Homer County Office (Homer), and Delta Junction County Office (Delta Junction). Fairbanks and Delta Junction offices have already downsized as of last year under a shared management arrangement. Two permanent County positions will be lost under this option from the Delta Office (1 CED- Vacant, and 1 PT (filled). The Southern area of the State will loose one permanent position (advertised not filled). The reorganization will affect one CED in the Southern area of the State. Statewide, this results in a net loss of 3 permanent County positions a reduction from a ceiling of 9 to 6 or 33% of the County permanent workforce.

Currently, there is one temporary intermittent County employee on the payroll. Under this option, there will be no temporary employee needs with the exception of signup periods. The current temporary employment ceiling is 10. Thus a ceiling of three is adequate for the State to cover COC payroll. This will result in a net loss of 7 temporary positions for a 70% reduction in the temporary workforce. This action has already been complete.

There is a net loss to the federal or State Office Ceiling of one position. In order to complete the plan, the position is needed. Otherwise, the State office will need to reduce by one position from current levels. Federal positions will be moved to the County offices to service both Farm Loans and Farm Programs as needed with review and approvals conducted by the STO. This movement will allow for both permanent and temporary reductions at the County level.

There will be cost and time efficiencies in Administration of two County offices vs. four. Less time and money will be spent on training, equipment needs, office space/leases, and ITS field support. NRCS, RD, and FSA will be co-located in all areas to provide a full service center in all offices.



**USDA** Service Center Locator

| Text Version | Home | By State | By City | USDA eForms | USDA | FSA |
|---|---|---|---|---|---|---|
| | | | | NRCS | RD | |

## Alaska Counties
Click on the map to select a county



This service is provided by the USDA - Office Information Profile System.
Suggestions or Comments about this site?
✉ Mail to: OIP Webmaster

Build: 11/09/2004.A

Legal Information and EEO Statement  Privacy Statement

This is an Official United States Government System, which may be used only for authorized purposes.
Unauthorized modification of any information stored on this system may result in criminal prosecution. The
Government may monitor and audit usage of this system, and all persons are hereby notified that use of this
system constitutes consent to such monitoring and auditing.



Farm Service Agency - Proposed Administrative Boundaries

Existing Service Areas

Northern Service Area - Proposed Boundary

Southern Service Area - Proposed Boundary

Canada

Russia

Delta Junction

Fairbanks

Northern Service Area

Wasilla Palmer

Anchorage

Southern Service Area

Homer

Miles
0   120   240   360   480

Graphic Produced by USDA — 800 W. Evergreen St. Suite 100 Palmer, Ak 99645

Exhibit A

# Alaska Superimposed over the Continental US



USDA is an Equal Opportunity Employer and Provider

Exhibit A

### FY 04 Signup Totals by County (Excludes TAA)

|  | # of Signups | # of Producers | Amount Paid |
|---|---|---|---|
| Palmer County | 36 | 39 | $ 527,441 |
| Homer County | 48 | 21 | $ 134,356 |
| Delta County | 5 | 123 | $ 1,181,713.1 |
| Fairbanks County | 7 | 18 | $ 74,363 |
| **Total** | **96** | **201** | $ 1,917,873.1 |

### FY04 Signup Totals by County (Excludes EQIP)

|  | # of Signups | # of Producers | Amount Paid |
|---|---|---|---|
| Palmer County | 17 | 19 | $ 185,861 |
| Homer County | 6 | 4 | $ 25,424 |
| Delta County | 5 | 120 | $ 1,108,060.1 |
| Fairbanks County | 6 | 7 | $ 23,527 |
| **Total** | **34** | **150** | $ 1,342,872.1 |

### FY04 Administrative Expenditures

|  | Amount |
|---|---|
| Palmer | $ 363,384.87 |
| Homer | $ 161,819.20 |
| Delta | $ 176,670 |
| Fairbanks | $ 144,529.63 |
| **TOTAL** | $ 846,403.81 |

Exhibit A

### FY 05 Signup Totals by County (Excludes TAA)

|  | # of Signups | # of Producers | Amount Paid |
|---|---|---|---|
| Palmer County | 7 | 8 | $ 20,221.00 |
| Homer County | 1 | 1 | $ 45,848.00 |
| Delta County | 28 | 32 | $ 98,911.00 |
| Fairbanks County | 7 | 7 | $ 1,872.44 |
| Total | 43 | 48 | $ 1,057,051.4 |

### FY05 Administrative Expenditures (projected)

|  | Amount |
|---|---|
| Palmer | $ 160,068 |
| Homer | $ 138,830 |
| Delta | $ 166,791 |
| Fairbanks | $ 185,725 |
| TOTAL | $ 710,300 |

### FY06 Administrative Expenditures (Restructure)

|  | Amount |
|---|---|
| Anchorage | $225,000.00 |
| Fairbanks | $225,000.00 |
| TOTAL | $ 450,000.00 |

Exhibit A