Par. 94

## 94  Combining and Decombining County Offices

### A  Combinations

Combining County Offices may be authorized if either of the following applies:

- there are only a few participating farms or farmers in the county
- operation of separate County Offices is uneconomical.

### B  Decombinations

Decombination of a County Office shall be considered if it would improve the agency's ability to serve county producers.

### C  Recommendation

Combinations or decombinations of County Offices shall be recommended or endorsed by:

- COC
- STC
- DAFO
- NFAC.

**Note:** Disagreement by any of the parties does not impede the Secretary or the Administrator from combining or decombining County Offices.

### D  Mandate or Veto

The Secretary of Agriculture or the Administrator, if designated, has the authority to mandate or veto combining or decombining County Offices.

Combinations or decombinations shall be submitted to NFAC.

Par. 94

**94  Combining and Decombining County Offices (Continued)**

### E  Administrative Action

When County Offices are combined or decombined:

- State Offices shall:

    - record the effective date and pertinent information about the decision to combine or decombine County Offices

    - provide a copy of the record to each affected County Office and COC

    **Note:** If action results in the termination or combination of COC's, see paragraph 95.

- County Offices shall update county data table according to 1-CM, Part 2.

### F  County Name

For combined County Offices, use a hyphenated name composed of the county names as follows:

- the first name shall be the county in which the headquarters office is located
- if 3 or more County Offices are combined, a group name may be adopted.

**Note:** If 2 offices in the same county are combined, a hyphenated name is not required.

### G  Selecting CED

See 27-PM when selecting a new CED for combined County Offices.