Par. 95

**95   Terminating or Combining COC's**

   **A   Requirements**

      STC may not terminate COC or consolidate 2 or more COC's unless STC:

- requests and DAFO approves of this action

- notifies COC's involved of the proposed action

- approves of this action in a vote taken after the end of the 60-calendar-day period from the date COC received the notification.

**96   SED Responsibilities**

   **A   Responsibilities**

      SED shall be responsible for:

- directing and administering all FSA programs in the State
- managing all aspects of State Office day-to-day operations
- staffing and distribution of staff
- FSA employees within the State
- representing the President, Secretary, and Administrator in Federal FSA programs.

   **B   Qualifications**

      SED must meet qualification standards established for the position by the Secretary. This appointment is subject to approval by the Secretary.

Par. 96

**96    SED Responsibilities (Continued)**

### C  Policies

State Office employees, under SED's supervision, shall carry out policies adopted by STC and SED.

### D  Operational Responsibilities

SED's shall be responsible to needs of State agriculture producers as defined by STC.

### E  Visiting County Offices

SED is responsible for ensuring that County Offices are visited by State Office personnel, as necessary. This visit is in addition to regular visits by DD.

Program or administrative specialists shall spend sufficient time with CED, FLM, and the program technician or field employee responsible for the program or function to:

- obtain a good understanding of county operations and problems
- discuss suggestions that they may have.

**97-110 (Reserved)**