**Alaska FSA State Committee**
**April 14-15, 2005**
**STC Decisions**
**from the Executive Session**

**Location:**          Alaska State FSA Office, Palmer AK

**In Attendance:**     Chad Padgett, *SED*            Donna Kramer, *AO*
                       Bill Ward, *Chairman*          Bruce Willard, *Member*
                       Bruce Willard, *Member*        Jeanette James, *Member*
                       Connie Cosby, *OA*

**Decisions by the STC:**

**Criteria Number 1:  Are there only a few participating farms or farmers?**

The STC unanimously determined that, Yes, there were only a few participating farms or farmers.

**Criteria Number 2:  Is operation of separate county offices uneconomical?**

The STC unanimously and emphatically determined that, Yes, operation of separate county offices was uneconomical.

Exhibit D