

United States Department of Agriculture
Rural Development

TO:     B.B. Allen, Chairman
        State Food and Agriculture Council (FAC) and
          Alaska Rural Development State Director
        FAC Chairman

FROM:   Peter J. Thomas
        Chairman
        National Food and Agriculture Council (NFAC)

SUBJECT: Proposed Reorganization plan for the USDA Farm Service Agency in Alaska.
         Consolidation of FSA offices in the State.

This memorandum responds to a June 20, 2005, request from the Alaska State FAC for approval of the reorganization plan for the USDA Farm Service Agency in Alaska as well as the consolidation of the Alaska FSA offices.

The Federal Crop Insurance Reform and United States Department of Agriculture (USDA) Reorganization Act of 1994, Public Law 103-354, directs the Secretary, where practicable and to the extent consistent with efficient, effective, and improved service, to combine field offices of agencies within the USDA to gain efficiencies and reduce duplicative expenses by the joint use of resources and offices.

The policy of the National FAC is to approve requests for moving and/or consolidating offices, or making other changes to operating conditions, with the understanding that the State FAC has notified and addressed the concerns of stakeholders (including the congressional delegation, State and local officials, customers, employees, and underserved communities) to ensure they are aware of the proposed changes. States must also ensure that the efficiency tenets of the Reorganization Act are complied with. It is also the responsibility of the State FAC to comply with Departmental Regulation 1620-2 (DR-1620-2), issued August 2, 2002, when dealing with acquisition, management, and disposition of office and related space related to any relocation, and that the state FAC is responsible for the accuracy and up-to-date maintenance of data contained in the Office Information Profile.

With the understanding of the above, the proposed reorganization and office consolidations in Alaska are approved.

1400 Independence Avenue, SW, Washington, DC 20250
Web: http://www.rurdev.usda.gov

Committed to the future of rural communities.

"USDA is an equal opportunity provider, employer and lender."
To file a complaint of discrimination write USDA, Director, Office of Civil Rights, Room 326-W, Whitten Building, 14th and
Independence Avenue, SW, Washington, DC 20250-9410 or call (202) 720-5964 (voice or TDD).

cc:   Robert Jones, Alaska State Conservationist, Natural Resources Conservation Service
      Chad Padgett, Alaska State Executive Director, Farm Service Agency
      Richard K. Roberts, Acting ACIO, OCIO, ITS
      Larry Brooks, Technical Support Division Director, OCIO, ITS
      Carol Henson, Infrastructure Operations Division Director, OCIO, ITS
      Gary Davis, Infrastructure Operations Division – Telecommunications Operations
           Branch Manager, OCIO, ITS
      Sherie Hinton-Henry, Deputy Administrator for Management, Rural Development
      P. Dwight Holman, Deputy Chief for Management, NRCS
      John Williams, Deputy Administrator for Management, FSA
      Rick Pinkston, Agriculture Program Specialist, FSA
      Norma Valdes, Personnel Management Specialist, Washington, D.C.
      Paige Niederer, OIP Data Steward