> **Alaska Farm Service Agency (FSA)**
> **Restructure Public Meeting**
> **In Homer, Alaska**
> **November 17, 2005**
> **MINUTES**

**Location:**       Homer County Office

**In Attendance:**

Chad Padgett, *State Executive Director (SED)*
Bill Ward, *State Committee (STC) Chair*
Bruce Willard, *STC Member*
Connie Cosby, *FSA Office Assistant*
Dale Carlson, *FSA Program Manager*
Tommy Stephens, *County Executive Director (CED)*

| | | | |
|---|---|---|---|
| Al Poindexter | Atz Kilcher | Brian Kelly | Chris Rainwater |
| Christine S'gro | Craig Cutler | Donald Bellamy | Jan Flora |
| Jane Alberts | Jennifer Landers | Jim Van Oss | Judith James |
| Karin Sonnen | L.A. Holmes | Lindsay Winkler | Louis True |
| Mark Kinney | Mayor John Williams | Michael S. Blore | Milli Martin |
| Mr. Kilcher | Patty Anderson | Paul Seaton | Pete Roberts |
| Robert Heimbach | Ron Sexton | Steve Gibson | Shirley Schollenberg |
| Sue Benz | Sue True | T. Stephens | Thomas R. Jahns |
| Tim Navarrb | W. Tymrak | Walter Johnson | |

Present by teleconference were Bill Burton, Victor Merculief, Edna Anderson, Loren White, Robert Hardy, Omar Stratam, Bob Mudd, and Mark _____.

---

**Call to Order:**   The meeting was called to order by SED Padgett at 7:13 pm.

**SED Padgett** welcomed the group present and stated that he appreciated them coming out to make comment. Each individual should have a packet with materials. There was a full room tonight. State Committee Chairman Bill Ward would moderate and there would be time for comments. Ground rules would be set so we could hear from everyone. FSA was here to present what our plan is, make sure everyone understands what decisions have been made, and make sure misinformation gets cleared up. FSA would listen to comments during the second hour and allow as many people as possible to comment.

**STC Chair Ward** began with apologizing for his lateness adding that they could blame ERA Airlines. The meeting for the FSA was from the State Office perspective and this is

Exhibit F

a State Office public meeting. The State Committee is here to listen and participate from a listening perspective. STC Chair Ward would moderate and keep things moving along. This is an opportunity for FSA to bring forth the latest data and information. Other venues have been available, but this is an opportunity for the general public to obtain information and is one more forum for information to come into the State Office and the State Committee. The minutes will be forwarded on to Washington, DC so they can have access to the comments provided as well. Prior venues of information have been: direct meetings with State Office and staff; the County Office Committee Chairpersons were brought in and the restructure plan was explained to them so they could share with other members and the producer base; and public forums through media, Farm Bureau meetings and Farmer's Union meetings. There has been a full chance to provide input and take in comments from those affected and the general public. Recommendations will be considered by the State Office and the State Committee, and these will be forwarded on to Washington, DC. STC Chair Ward gave a brief overview of where the restructure plan stands now. The Alaska FSA restructure plan was originally developed inside the State Office to restructure offices in this state, and it was approved by the State Committee as a proposal. The plan has been reviewed by congressional offices and various departments and entities in FSA and the National Food and Agricultural Council (NFAC). As it stands, the plan is pending authorization to go forward by Washington, DC. That approval will be based on their review before the final. At present, restructuring of FSA in Alaska is a policy of the State Office and State Committee and all the staff within the State Office and County Office. They may not like it. STC Chair Ward presented how we would be conducting this meeting: SED Padgett will provide an overview of new information or a general review of what has been provided. Hold your questions or comments. You will have an opportunity to ask a question or make suggestions to modify or change the plan or general comments about the plan. This forum is here to address the plan and content. It is not a forum to provide comment on individuals involved or who put the plan together or to make a comment about people involved. STC Chair Ward asked those present to respect that. Please stand to speak and identify yourself and your affiliation as County Office Committee person or producer.

**Otto Kilcher** interjected that he was representing concerned farmers. He won't wait until after. This is a public process. FSA is trying to dictate. Before we get into stuff, a lot of people here have the right to know if they wish to stay. Chad mentioned early on that he made up his mind. Now he is requesting input. Question: Is there a hope that their input is going to make a difference in their decision? Or is FSA simply here to tell what it is and do a token meeting so your superiors can hear that you went through the process?

**STC Chair Ward** responded that Washington, DC advised us to hold the meetings. No decision has been made at this date. There is a recommendation coming out. Whatever comments are made tonight will be forwarded on. They will decide if they want to adopt or implement.

**Otto Kilcher** stated that our input was not likely to change FSA minds.

**STC Chair Ward** replied that we are reasonable people looking at what is in the best interests of producers and the agency. It is a policy that we are going to restructure.

**Otto Kilcher** stated that it sounds like there is some hope.

**Jim Van Oss** asked why the process was taking place now. SED Padgett tried to segue into his presentation but was rebuffed by **Shirley Schollenberg** who stated, If you could just answer the question, Chad.

**SED Padgett** began his review of the handouts presented to each individual in attendance. He reviewed the departmental regulation and directed their attention to the note that says that disagreement of any of the parties does not impede combining offices. The decision ultimately lies with the Secretary. He was not sure everyone understands it. The County Office Committee is elected by the public. They make comment to the State Committee based on producer comments. The State Committee takes input and makes determinations. Going back to the question of why we haven't had a public forum like this SED Padgett affirmed that we have gone above and beyond. What we are doing may not be how it is done in other agencies.

**SED Padgett** continued by stating that several issues have come up over the past year. All SEDs were told last October to evaluate operations for efficiencies for where we could combine or de-combine. This process began last November and the task force was made up of the STC Chair, State Executive Director, Administrative Officer, Program Manager, and County Executive Director from Fairbanks. He put a team together to analyze and evaluate what we are doing on a statewide basis. They looked at program participation based on how much we were paying out and how much we were expending. Inherent to the agency is our automation. We are working with System 36 which dates back to the 80s. It is very antiquated and takes a lot of administrative time to run this system to get payments, etc. made. The agency is trying to update. The County Executive Directors (CEDs) spend a great amount of time just dealing with this system. SED Padgett reviewed the process for Start of Day and End of Day. The agency tried to look at modernizing this system which is used for payments and farm tracking. We are trying to modernize into the personal computer to reduce the time it takes employees to conduct business. The Palmer CED reported that 30% of her time is spent in dealing with that system. CED Stephens was asked about the time he spent on the system, and he responded that it was about 25% of his time. SED Padgett added that IBM was the contractor and has withdrawn support. The proposed restructure is efficient and allows employees to go out into the field which is one reason they were asked to look for efficiencies.

*[Background noise on teleconference telling a child to hurry up and go to bed]*

**SED Padgett** stated that with Congress and negotiations all kinds of things are happening right now. It all comes back to a sheet of paper. We checked our procedure and looked at each County Office to determine the number of participating farms.

*[Dog barking and scuffling going on in the background of the teleconference call....]*

**SED Padgett** continued. By combining we gain the ability to get off the road system. This saves some transportation cost and time cost and brings employees all together in one area. There is no net loss of employees in the Southern area. We are under a hiring freeze. Bringing the employees into one office will help us get out to service areas under a traveling-type of concept. Employees will be on the farm and in the community rather than having the administrative workload of two offices. Combining allows a better ability to get to producers.

**SED Padgett** remarked on a very important concept to understand. Our programs do not fit Alaska well. We are looking for ways to deliver for Alaskan producers. There are blocks to programs regarding base acres or commodities being grown. SED Padgett had looked to see what needs to happen. If you go back several years, it had started working. The cost of production allowance was introduced to see what benefited producers most. We need programs that benefit all commodities and agricultural production in the state. The cost of production allowance was identified as a need. Language has been out there for three years and presented in public venues. This still needs a lot of tweaking. It almost did pass last year during the appropriations process. We are trying to change programs to better fit Alaska--like Loan Deficiency Programs (LDPs). LDP is nationwide and has been around for a long time. It was evaluated with the help of our County Executive Directors and we learned the problem was market differential. This program was rolled out after SED Padgett went to Washington, DC. We are trying to identify these things. It hasn't happened in our major programs yet like Direct and Countercyclical Payments (DCP) and it is not offered on hay.

*[Major disruption breaks out on teleconference call with child/children in the background. "You are ruining my talk so hush your mouth"...]*

**SED Padgett** said he had talked with legislators and made trips to Juneau and the national office and tried and tried and tried...Those just haven't come to fruit. On the table for consideration is the 2007 Farm Bill. It is important that Alaska gets something out of this bill. We are asking, *What are the potentials in the future? What does National Agricultural Statistics Service (NASS) say? What do we know about what types of production we have? If we get the cost of production allowance, can we handle that program and effectively deliver if we restructure?* What we came up with was based on NASS and the 2002 census. SED Padgett admitted that he would be straight up and honest that what we have in our County Office systems is not accurate. Every day we are supposed to be looking and updating production and farm records and that hasn't been done. In the valley alone there is huge acreage that has gone out of production...a shift in how we look at cropland. If land is growing wild, what designation do you give it? There were a number of things taken into consideration and this is what we came up with.

*[Disruption from the teleconference: "I have asked you to be quiet...be quiet. I don't care. Be quiet...I don't want to tell you again. I have told you. Be quiet. Lay down.*

Exhibit F

*Please do what I am telling you. Another caller interjects, Will the lady with the kid please be quiet? Shirley Schollenberg walks over and says, "Edna…"]*

**SED Padgett** states that we are trying to review accountability over this. What that has compelled us to do is move toward adhering to the Federal Acquisitions Regulations (FAR) which hasn't had to be done in a County Office. Before, Tommy could run across the street and now we have to go through FAR. We always had to do this at the state level. This is making more accountability in our County Offices and increasing the number of reports and justifications for the County Office to provide to the State Office and on to Washington, DC. This has created a high administrative workload as we are under a microscope all the time. It all comes back to the new accountability sheet. It is illegal to carry over appropriated money from year to year. We need to adhere to staffing levels. For the first time we are putting County Executive Directors onto a 5-tier performance system. This system will be automated with a 2nd line of supervision. Before, the County Offices were supervised by the County Office Committee and the District Director who was the liaison. Most states have County Office Reviews. We only have had one of these done, but that will change with the new accountability. Now the District Director on the federal side will do the evaluations. The next sheet briefly shows what our budget looks like. We are on a salary and expense budget rather than a discretionary budget. We are in a real quandary in our agency nationwide. Regarding the best and worse case scenarios, we have heard it could be as much as $130 Million. SED Padgett outlined the next sheet with the President's request and conference action stating that this information has come right straight from our deputy administrator. There will be a pay raise with that cost to be absorbed and added to the $25 million. There is an overall budget rescission of 2.5% across the board that will come out as well. Common Computer Environment funding goes to combine computers. These numbers could reach as high as $37.6 million. What that means is that to upgrade technology we will need to make a trade. This is a very important key. There was another national plan called FSA Tomorrow. We were not included in that plan. This was a nationwide plan to evaluate 713 offices targeted for consolidation. The geographic factor helped us out. They were evaluating offices based on distance, the number of employees in each office, and program activity which were the three main criteria. The third criteria of distance kept us off the list and Alaska, Hawaii and Puerto Rico were excluded from the national plan. The overall plan was to head off some of these budget concerns. We are paying rent on 45-48 offices which are not manned. FSA Tomorrow began on a nationwide basis but was withdrawn. Now we have to pay rent on offices that sit empty. We have traded rent for salaries. That's where we stand. Before, the budget was not the main driving issue. There were few participating farms and current practices were uneconomical. This was not a budget-driven issue.

Section 1101 will reduce all payments that producers receive. Producers are taking cuts across the board in our programs. SED Padgett asked them to take a look at that and review expenditures from 2005. Homer did not pay rent because we made a trade-off with Natural Resource and Conservation Service (NRCS) on rent from Delta Junction. They would pay rent here for expenditures in Delta. So, next year we will have $15,000 added back in. The group reviewed the handout. Another important thing to understand

is that we were $100,000 under budget. We held out relocation costs that we may have had under restructure and we had to cut down on operations.

The next items are office allocations. SED Padgett has been asked for this and was providing information on 2000-2005 since we do not have the 2006 allocation yet. There is a misconception that SED Padgett requests the budget, but it is based on System 36 sign-up workload figures. These figures are sent to Kansas City and on to Washington, DC and pass through several levels of review. SED Padgett can request adjustments once he gets a budget. This year we are being told to do this differently since we cannot go outside of these boxes and cannot trade things back and forth. This is pretty well defined. The next sheet shows the current administrative boundaries and explains our current service area. SED Padgett reviewed the Homer service area and the following page which outlines the area under the restructure plan which shows dividing the state in half and servicing out of Anchorage. Placing the offices in the transportation hubs gives us the ability to get out of either area quickly to service outlying areas. We evaluated the TAA program for fishermen. This program began in FY 2004, but this program is obviously dead now as fishermen did not qualify under this year's petition or for next year's based on preliminary figures. It is important to note that fishermen have asked us to provide more support. We took a good evaluation to look at what we were doing and what the future needs might be and with that we tried to determine how quickly and efficiently we can reach areas off the road system.

**SED Padgett** presented a statewide summary of participation in FSA programs pointing out that the red numbers show 78 farming operations with 4.98% participation. We looked at husband/wife relationships since joint partnerships can have joint payments. Every time we take a sign-up, if both are eligible, they are entered as separate producers. Then we broke this down into separate operations. The counties reported this information to the State Office and the staff broke this down. The next sheets are by county. Homer is the last sheet in the packet. SED Padgett directed their attention to the legend for each program. There is a Loan Deficiency Payment (LDP) on wool and the "Other" category is for Agricultural Conservation Program(ACP) which is now finished out. We only process the paper and make payments for Grassland Reserve Program(GRP), so the most producer contact has been in Conservation Reserve Program(CRP). SED Padgett quantified that with the number of producers in County Offices here compared to down south, we are talking about a few while they are talking about thousands of people for each program. SED Padgett excluded the Trade Adjustment Assistance program since we don't see it coming back in the near future. During the first year of sign-up we had around 5,000 applications, and this year the numbers were just under 1500.

**SED Padgett** continued with the next sheets which show a monthly review of how many sign-ups and the total dollar amount for those programs. These figures identify what we are putting out into the community dollar-wise and show peak months for activity. Producers come in during sign-up periods and we take their applications during that period. Lots of people like to wait to the last minute which is usually how sign-ups run. This is typical of how it is done at FSA. There is National Agricultural Statistics Service

(NASS) data that we use which is not just general but broken down many ways. Sue is in the audience here. If anyone wants additional information, then they can get it from her. This shows farms by size. There are 610 farms according to NASS on a statewide basis with 127 farms that are 1-9 acres. SED Padgett reviewed the next handout. We make payments based on acreage and production with the bigger production and acreage determining how much money is received. Producers find it is not worth the amount of paperwork to get small payments. The programs haven't fit well for Alaska. The problem is the way programs are based. 34% of farms brought in less than $2500 and the rest of this is pretty self-explanatory. These numbers show land use for 2002 and the census is done each 5 years. SED Padgett asked Sue if the numbers were relatively the same and she responded that there were more small farms.

**SED Padgett** stated that we really wanted to try to end the meeting at 9:00 pm. He had taken the time to review this information because one thing he has been accused of not doing is presenting the information behind the plan.

**Shirley Schollenberg** stated that people had been assured they could start testifying at 8:00 pm.

**SED Padgett** replied that these are the things that we are compelled to look at. The Frequently Asked Questions (FAQ) sheet is being provided with responses to comments that we have seen come through. Some of these comments have gone directly back to the Secretary. Hopefully now, everybody has clarification on what we looked at and why the proposed decision was made. We haven't decided yet where we place the office. We have decided to combine--[group murmurings at that statement and SED Padgett restated]-- Let me say that we have recommended that we combine. With that I will end my comments so that people can start.

**STC Chair Ward** stated that we want to give everybody an opportunity to speak. He requested that they be concise with their comments.

[The group stated that Mayor Williams had another engagement so he would be going first.]

**John Williams** wanted to offer comments. It looks like more bureaucracy and less production and less effort on the part of people. We claim to create time and money by the system, but it takes more and more time and there is less done for the people. Alaska is still being treating like a stepchild to the United States. Alaska and the budget are little ahead of three places: Vermont, Puerto Rico and the Virgin Islands. We are still being treated almost like a third world country. It seems odd that you have developed in a vacuum without prior input from people served…not even asked if there was a better way…and then get approval from nationals before taking this to the State Committee and telling the Kenai Farm Bureau before the Food and Agricultural Council (FAC). It seems that folks here are on the receiving end and are at the bottom of the food chain. They should have been asked. He is deeply concerned. He is regularly in touch with the congressional delegation and he will be drafting a letter to inquire why Alaska rated as

low as Puerto Rico and the Virgin Islands on funding. The writer of some comments he was reading said the plan was produced in a backwards manner and it should have been grass roots.

*[Teleconference background noise erupts again and OA Cosby couldn't hear the people speaking.]*

**Otto Kilcher** stated that he would resume where he left off earlier. Chad, I spoke at the Palmer meeting when the Undersecretary came. My comments still are not in there. You made a comment that said some of what was commented on was inappropriate...won't have him answer that at this point. Mr. Kilcher asked whether he could review the notes from this meeting prior to them going to Washington, DC. He has concerns since he is affected by that particular thing. STC Chair Ward has said who these comments would be directed to. He heard Chad say and then correct that there were *decisions* made and it was hopeful to hear this. There was a meeting in Kachemak in June. Chad said tonight that this wasn't budget driven. He could almost quote directly. Chad was told to look to ways to cut the budget. People here would concur with his memory. At the Homer Farm Bureau Meeting in June, Chad gave names, etc. But he did not tell them on that Friday that that very day he had organized a FAC meeting for the following Monday. That was done. Do you think this was a reasonable thing to do if allowing a fair process? Essentially there was not public notice and it was questionable in his mind if the public process has been served or if the three members of the State Committee were even informed enough to make an educated vote from their constituents. Jeannette James is not here tonight to hear testimony. It is questionable whether the correct process was followed from the start. He can see an advocacy group taking a court issue. He believes it would be prudent to start this process over. He had placed a call to the national level. They aren't aware this meeting is even going on and they don't know.

**Jim Van Oss** --producer. He would like to know why Jeannette James was not here at this meeting and why the meeting was not postponed. Also, he asked why Chad refused to have a teleconference for all the outlying producers.

**STC Chair Ward** asked to respond. Jeannette James had a prior commitment. She was asked if she could attend and her commitment did not allow her to attend. She will have full access so that she can review it as well. As to the problem with teleconferencing, there are several issues. It is difficult to provide at the last minute. Not everyone was made aware of this through the public announcement process. It did not provide for others in the area and the federal government has the responsibility to provide equal service.

**Jan Flora, a** producer, AK Farm Bureau, and secretary of the Farm Bureau, stated, You are addressing the office closure. This is a county about the size of Texas. You need to use video conferencing or teleconferencing. The University could help. If you want to get everyone on board for a county meeting, you can do it.

**Craig Cutler** identified himself as a neutral observer with video. He is a local multi-media producer. He knows people in this room. It is surprising to him that we are trying to shut something down here. There are lots of farmers and territory. You can't shut this down. It would be putting families and people doing science work here or raising crops, etc. out of business. He made a comment about going to Texas.

**Pete Roberts**—I call myself a producer. I was on the County Office Committee about 1976. What I want to say here is this. It would appear that Washington, DC hasn't directed us to close offices here in this state. The propaganda from Agricultural Stabilization and Conservation Service (ASCS) and now FSA is that this is grass roots and we have gathered together twice to be told decisions made and voted on. The FAC meeting after this summer was a real slap in the face for two reasons: 1) we were not told it was happening, and 2) it was happening Monday. He sees tonight's meeting as a "bitch session". The 2007 Farm Bill has to be worked up. It's a terrible time to be closing an office since this wasn't directed from Washington, DC. We say an office is to be closed. It was said that this is policy here in the state. The County Office Committee is elected and that was mentioned. What wasn't mentioned is that the SED is a political appointment. He has never heard of one not being a farmer. Chad is not an Alaskan or a farmer. He came here for a job. The State Committee was appointed by the political group in power. We can't go through this reasonably with two State Committee members here. He questioned the efficiency of the internal end of the agency. Government services are here for citizens of this county. In a state that is twice the size of Texas to maintain three or four major office areas at a couple thousand apiece is not too much to ask. Not sure that the State Committee interest is in closing offices in the state. Moving from the valley into Anchorage is ridiculous. Four hours is an unreasonable drive. We all don't have travel and per diem provided. He thinks that the politics of the state would be to continue stabilizing the community. This is just politics here. There is nothing driving this that says offices have to be closed. I don't know what Chad's personal motivation is here. He is driving and has the okay from the State Committee. This is about politics and who can muster the most political support. It is irritating to have someone brought in from the outside to run the agency and closing offices due to not much going on. This would take a number of years to decide but was dropped on us like a hot potato in his hand.

**SED Padgett** responded that he was wrong about two things. SED Padgett had been in Alaska for over 20 years, only going outside to go to college. He grew up on a farm in Idaho.

**Millie Martin**--represents people in the Kenai Borough Assembly and is a small producer. She is concerned at the prospect of losing an office. The mayor is taking an interest. They have contracts through NRCS and $2 million that have come through it. There will be a resolution before the assembly that will go to Washington, DC and the Juneau delegation. She is concerned about the public process. One hour is not enough. She expects at least one more public meeting with all members of the board present since this is vital. *[Otto Kilcher leads a round of clapping.]*

Exhibit F

**Mark Kinney**- District Conservationist for the Homer field office. The Homer field office covers Kodiak, Nome, the bush and the Islands. They have reindeer herders and contracts with reindeer herders for $400,000. Regional equity in the Farm Bill was finally received. Alaska is going to get 12 million a year to commit to agriculture through other programs. They have committed in these areas over $6 million in 64 separate contracts. These include contracts for cost share to install needed conservation practices. They could not have done that without help from FSA. He wants to talk about the purpose of a local FSA presence. He has a problem as an agency representative. He has seen it outlined by others that what stopped FSA Tomorrow was a lack of local input. This was one of the primary reasons why they stopped the closure. He is a little disturbed and sad. He works closely with FSA and other producers. One of them is in the hospital. They have a program that is viable. They have initial numbers and 20 applications to serve during the new program period. He read a comment that it is not FSA's responsibility to assist NRCS. But the reality is that these administrative items need to be streamlined until it is seamless. He tells producers when what they need is not his office but the one across the hall. He has worked here for 28 years now and believes in close cooperation and support. All over Alaska he can say that a 260 mile separation between producers that they work with and the office that serves these people won't work and is doomed to failure. He knows that there is no farm service-oriented program if not for FSA. NRCS doesn't promote agriculture, but they promote conservation. When the producer talks about why he can't make payments, etc., they send him to FSA. This is a very pivotal time as we don't know what will be. You can't close an office in an area that is open and growing. He was very quiet as FSA went through the process because he didn't feel it was NRCS's responsibility to step in and say it wasn't right. He has kept quiet, but it is time to speak up now. They have a lot more potential for growth with what the 2007 Farm Bill brings. FSA shouldn't be collapsing down after working hard to make something happen.

**Shirley Schollenberg**—producer. She has looked at the paperwork and it was mentioned several times that we do programs. All the programs that Mark talked about have to go through a process with FSA. FSA has to handle this for them. If I were to have my choice, I would do it in person. FSA is responsible for keeping farm records. Basically FSA is the farm record keeper for the agency. As a local County Executive Director drives by a farm, they see things. How will somebody in Anchorage know that? The State Office budget was not provided. Why was this withheld from the group here? There are six employees in the state office with the 7th position vacant. That makes 6 managers for 5 field office employees.

**SED Padgett** responded that we do all the farm loan programs out of the State Office. These employees are not all managers and FSA will not back-fill the vacant position. We are making efficiencies and will downsize one more position this year. Parts of the farm loan program have been put out to the County Executive Directors to provide some help through field office operations. Again, having the ability to come out of Anchorage for those folks wanting loans is critical due to aquaculture, etc.

Exhibit F

**Loren White** of the Farm Bureau of Kodiak stated that he was opposed to the plan. There would be a loss of day-to-day events, constituent support, and wasted fuel if we had to drive out to the field or take aircraft to farmers in a remote area. He thinks the farmers will lose the day-to-day operations and we will lose political support in a big way. We won't have any constituent support if we are all in Anchorage which FSA can see right now from the testimony. There is good support for the field offices. When the chips are down, we will have no political support and won't be able to survive.

**Bill Burton,** a producer on teleconference, stated that FSA took up 1.5 hours which left 45 minutes for the general public. [He was asked to talk louder on the phone and responded (Can you hear me?) before repeating what he had just said.] FSA didn't leave very long for the general public to make comments. We have limited the amount of comments. He already said an awful lot at the last program so he just wants to echo Loren and Mark Kinney. Their comments were great. I'm going with that.

**Omar Stratam** stated that we need to further this public comment period and it would be good if all three of the State Committee members could be present in the future. He is also opposed to the transfer. There are probably efficiencies that can be made. He is opposed.

**Bob Mudd,** a producer with cows on 60,000 acres, stated that it was convenient to have an office in Homer. It works good for him to have the office there when he comes with cows.

**Mark** (teleconference call) quipped that he had been trying to visit the Anchorage or Palmer office and got a blood clot…He summarized that Chad had spent the last year working on an internal plan, the State Committee had already made their decision, and there was no federal approval. Why are we listening to public comment when the decision has already been made? He would have enjoyed talking to State Committee members. There was no participation in the early stage. If we want to put the state agency in Anchorage that would probably be a wonderful place. This office serves the outlying areas well.

**Tom Jahns** a Land Resource Agent, reiterated some things already said. Serving the community from any kind of a distance is difficult. He couldn't imagine trying to serve from Anchorage as there would be less contact and human elements you have to interact with. One thing that I didn't see in the information that would help to balance the proposal is that there were no hard numbers on travel and expenses that would occur from an office out of Anchorage vs. closing the office.

**Shirley Schollenberg** interjected that she had a conversation with Chad on the phone and he had said that the travel budget would be the same or less. When asked how to make the visits, she did some figuring. If a County Executive Directors (CED) or technician travels to Homer as often as the local CED visited farms last year then it will cost more if they come from Anchorage.

**Al Poindexter**—Anchorage Association of Conservation Districts (AACD) and a producer. First, I would like to say I thought it was a poor decision to hold the meeting in a hallway in this building. It is very uncomfortable and hard to deal with. He questioned the management decisions being made. He manages $6 million dollars with two other people and 30 employees. FSA has to have 6 employees to manage 6....he finds it hard to believe. FSA does not expect producers to visit the Anchorage office. They go through Homer because of the ferry. There were 95 farm visits and 25 fishermen visits this year. He doubts they will get this in Anchorage. We could respond to all producers more in Homer and Wasilla. Homer made about 30 field visits this year-- 28 in Kenai, 2 in Nome and 1 in the Aleutians...he calculated that it would cost about $7,678 from Anchorage or $3,230 from the Homer office. There will be mileage added on for road trips. There would not be a savings in airfare. Then you add the cost of closing offices, moving personnel, and paying rent in Anchorage. Regarding the re-drawing of county lines and the statement that this would provide more representation on underserved groups, he disagrees. There are currently 2 individuals on a committee of 3 representing underserved producers and Palmer has 1. If FSA goes to one county office, you would reduce this by 2. You can't get a better representation than the 66% we currently have.

**Steve Gibson**—Homer Soil and Water Conservation District—stated that he has had a lot of occasions to be grateful for the FSA presence. He is able to do his job a lot more satisfactorily due to attending these meetings. That presence would be gone under the proposed review. He doesn't know how you run FSA because he hasn't been associated much. It has been an important relationship. FSA is almost a sister agency. There is no way that you can overestimate the feet on the ground or the face in the office or occasional visits. The plan is really an inferior set-up that just looks better on paper. The idea is questionable because it seems it was pushed through autocratically (Comment made on us starting late...). This would pretty much gut the agency. Well it might be legal. Democratic process shows that this is the model you don't want to follow. There were other venues for the meeting, but the desire was to have it here nonetheless. This makes him feel like it was not a well thought-out plan. There are a lot of people standing around. This was all unnecessary.

**Paul Seaton**, a Homer representative, stated I have learned in legislative process that we go out to public first, hold multiple meetings, get input and then make changes. You don't tell people what the change will be and have them make comment when comments won't be included. He is disappointed that the agency is following the other model. He compared our situation with the Juneau legislator issues. They can't talk one-to-one. He cautioned FSA about isolating service in Anchorage away from this area that highly values it. Synergy here is a very good working model. He will be corresponding to the congressional delegation as well. This is a poor move. FSA should go back and re-do. He is a fisherman and appreciates the way we did TAA. We need to go back to the bottom and reevaluate.

*[Individuals leaving the teleconference are announced; ex. Loren White has left the conference.]*.

The question was asked, *How many farms and producers are there in Anchorage?* The response was that there were nurseries and greenhouses. Nurseries qualify for FSA programs.

**Chris Rainwater**, a producer in Homer, stated that there has been much talk about technology that would support centralization for consolidation of offices. He doesn't think that FSA has that technology to offer. Without it, we don't know what programs would look like or their success. Face-to-face is what makes these programs work. The long-distance relationship is unknown at this time. Talking with the local guy will work better. You need to schedule meetings on a farm within a period of time that works. The loss of the County Office Committee and consolidation to serve a larger area will diminish grass-roots input into the program. He is not here to try to influence us. FSA knows where they are going and will keep heading there. He will need to influence the federal agency which is already resisting closures. He is hoping for success there. Like Churchill, we will fight you on the beaches and in the hills. That's all for tonight.

**Ron Sexton** stated he was with Trinity Greenhouse and the past president of bureaus and an agriculture task force under Gov. Hickel. He was put on the task force because they wanted someone from Kenai who was producer. Technically, he is an indoor farmer. He would like an answer from Chad on the question, If the money was there, would all the offices stay as they are?

**SED Padgett** responded with the statement that No, there were still efficiencies to consider. By reducing administrative work, we can allow the employees to get out to producers on farms and in the community. There is also the reality of our antiquated computer system and technology.

**Ron Sexton** continued that he wants us to solve this issue before cutting any other things. Juneau is so far away and inaccessible and it doesn't matter that it is our capital. They want it to move to Wasilla due to the population base. The whole nuts and bolt situation is that services have to be where people are. He concurs with the other assessments. Have you looked at the cost of rent and getting back to the producer? FSA might find that we spend more money in reality.

_____(**Kilcher?**), a local producer said, You talk about efficiency as a justification for things. I would like to ask about efficiency for whom? It is more efficient coming to this office when I have questions and to sign up. I wouldn't have signed up for lots of things if there weren't some face in the office and people here. It is efficient for me to come here and not have to go to Anchorage which I only to go twice a year due to the cost of hotels and fuel and the run around. It is not efficient for me to use the fax machine or get a menu up for a phone system. It is efficient to come and talk to a person that I know. The speaker expressed concerns about the committee. If an appointment is cancelled…..it is just not efficient from a farmer-producer point of view. When you speak of efficiency—efficiency isn't everything. Feet on the ground and a face in the office make better sense.

Exhibit F

**Jan Flora** stated that there were 226 road miles from Homer to Anchorage. 82% live on the Kenai. Moving to Anchorage would put the FSA office away from everybody in the county.

**Bruce Willard** interjected with the statement that the place hasn't been decided yet, Jan. She responded with "OK".

**Al Poindexter** stated that he doubts that all the money that you will send will buy one bomb for Iraq. FSA is trying to solve the nation's problems through out miniscule savings. This means so much for those in this room. You are dealing with a culture. By consolidating offices in Anchorage, you move away from everybody that is involved in the programs. This will destroy culture and the relationship with FSA based on the fact that FSA will have less program participation because you don't know the County Executive Director or care about each other. He will suggest that Homer be the hub and make Wasilla the satellite office like we made the satellite office in the Northern area. We can do things electronically just as cheap here as in Anchorage.

**Robert Hardy** in Kodiak offered that one thing we have not discussed is all the turnover or attrition. Will they want to move to Anchorage? There is a major learning curve that has not been addressed.

**Bill Burton** spoke up again and said it looks to me like this public comment happening now after the policy is made is all window dressing. The policy has already been set. This was something that started from the top down and to hell with the grass roots.

**Otto Kilcher** added that when you talk about public and private sector then an analysis is made. But when you talk about removing an office and benefits vs. "unbenefits" and whether any thought had been given to losing an office, income, and the dollars spent in Homer. What does that do to our economy and how does this figure into the national equation? The party in charge this day puts the focus on the smaller sector. Anchorage is not Homer. When you are talking about efficiency…let me tell you a story. There were two trees leaning against a power pole on the wire. He wanted to tell Homer Electric so he called the number and got a recording. He gave them the number of the power pole and was put on hold. He wanted to get to the electric office and was trying to tell the machine that there was a potential problem. He was told to just dial a number, and was given the same efficient number. He asked if he could talk to Leon or Hugo and was told, Sorry, he can't do that. He wrote a note in their suggestion box that he would rather pay more per kilo than talk to machine. He can get a real person now. This went on for two hours and he finally got the person. The real efficiency was in knowing the people on the ground. They won't be listening to that "Let it be" song. They will miss it. To quote my Daddy, I left Germany because of Hitler and he was efficient…

**Shirley Schollenberg** said that Chad stated in the presentation that there will be consolidation. They still have options. There is an option on where an office will be. She asked whether it was a coincidence that of the people on the task force there was nobody from the Kenai Peninsula. There are no changes in the Delta-Fairbanks area.

Exhibit F

Was there a coincidence? Did you have a plan? She asked for a justification for why we are not having a change, and **SED Padgett** responded that there is a sub-office in Delta because it is the highest program area. The main office will be moved to Fairbanks as the transportation hub. They have taken their cuts already. They have taken a number of cuts and now the next move is to combine their committees.

**Lindsay Winkler**-Homer Soil and Water Conservation District (SWCD) *[was taking notes for SWCD on a laptop]*-People can present information in many ways. Delta has a lot of program participation across the board. It was convenient that FSA left off Trade Adjustment Assistance information and she wants to have this available. **SED Padgett** responded that this program will not be run, and **Ms. Winkler** countered that it is important to see where our office resources have been located for the past few years.

**SED Padgett** shared that folks were all over the map. The southeast had one of the largest sign-ups and there was a big emphasis on Trade Adjustment Assistance (TAA). The first year it was administered out of the State Office. SED Padgett gave a review of the history of the Trade Adjustment Assistance process. The State Office made a commitment to the County Executive Directors that the implementation of this program would have the least effect possible to other agricultural producers. TAA was one of the reasons we did look at including fishermen and agricultural farms in the proposed restructure. These are important statistics. FSA had County Office Committee members in the past who didn't like fishermen being included although the Agency did determine that they were agricultural producers.

**Jim Van Oss** asked why the County Office Committee was not brought into the process. They came in after the fact and he wondered why they were not brought in when setting up the task force. He felt that they should have been there when it started.

**SED Padgett** responded that FSA had wanted to make sure we could have something to bring to the committees. The task force looked at procedures and elements. We then broke it down and presented it to committees. We can't expect the County Office Committee to know about day-to-day operations and that's why we did it that way.

**STC Chair Ward** stated that the intention was to roll this out in January of this year. Washington, DC was in the process of FSA Tomorrow and they told Chad to put the announcement on hold and not put it out to the County Office Committees or County Executive Directors while they finished their FSA Tomorrow because they didn't want one state to come out ahead of national policy. SED Padgett was told to shelve the Alaska restructure plan until FSA Tomorrow was further along. He was authorized to release it in May. That is why it took that long. There was nothing intentional and SED Padgett was under orders.

**Jim Van Oss** followed up with a comment about us not timing it very well.

**Ron Sexton** inquired about SED Padgett's position. Are you here to serve the public of Alaska or the government?

Exhibit F

**SED Padgett** responded that he has to balance what he is hearing from the public with his fiduciary responsibilities. It is two-fold and we all have to struggle with this. Going back to the argument that he is being bureaucratic, there is unfortunately an element to that. It is not a matter of whether or not he likes these procedures. SED Padgett is not the one that makes this decision. He understands that a lot of people do not feel that they have adequate representation. That is where the County Office Committee (COC) is important. The COC had brought the public's concerns to us so it is hard to understand why everybody feels this way. We have heard from the elected folks on the committee.

**Ron Sexton** continued with the suggestion that if FSA is serving the public, that FSA serve us by telling the FSA hierarchy to fix computers and shut off heat in offices that are not open. It is Chad's responsibility to point out these things to them. **SED Padgett** responds that they need to understand that it is an issue for congressional districts. Some of that is political and determined by Congress. **Ron Sexton** feels that as only a four-office state, we should continue on as we have been until it is proven that any type of plan is efficient. **SED Padgett** replied that it comes back to participation. If you boil it all down and go off the participation which Washington, DC looks at, then there is a very real possibility based on participation that the number of our offices will shrink even further than what we proposed. With all the talk of closure for one-and two-person offices, we tried to make a compromise of splitting the state like we did. We hope that this will solidify us and leave room to grow, but we never know how this will happen. We can lose more than what have now.

**Judith James**--producer—asked how we had factored in per capita. How does per farm figure in? How does that figure of producer participation per Homer office or Delta hold up vs. offices outside Alaska? **SED Padgett** pointed out that there are one-person offices with at least 1,000 producers. **Ms. James** continued. She stated that the chart shows the number of Homer producers in Conservation Reserve Program (CRP) and our participation is very low. Is this per capita per resident of the Homer area per farm? She recommended we just stick with that in the Homer county. **Otto Kilcher** clarified that with 30 per 10 in Ohio the question was what those numbers are for here.

**STC Chair Ward** pointed out that Congress decides on programs. **Ms. James** continued that Alaska needs to produce more of its own food. She proposed that instead of getting an adversarial relationship like the one filling this room, that we work together to get more programs that fit us.

**STC Chair Ward** spoke up and stated that current FSA programs do not fit *him*. He doesn't participate in our programs because they don't fit him. It may take shock therapy to bring forth the issue. There needs to be a lobbying effort with Congress to draft programs for Alaska, but FSA is barred and this is, therefore, a responsibility of producers. This is a frustration that STC Chair Ward has had. Producers need to go to Congress and producers are saying that FSA needs to do what we can. He hopes that this shock therapy works.

Exhibit F

**Judith James** presented some specific concrete suggestions regarding this. She was sorry Chad was not here to hear this [*SED Padgett had stepped away from the table for a moment.*]. What if you consolidate the Wasilla County Office and the State Office? Not one person to do two jobs. As far as the facility: Could you move the smaller staff and downsize? Could they move into the same building and try to use the space better and combine those two offices with a scaled-down staff? Then they could leave the Homer office and transfer some of the —there's a need for an office here. We don't need a farm office in Anchorage, for pity's sake. Leave the office in the valley to get some efficiencies. The office is so desperately needed. Leave the office. That's my concrete suggestion.

**Bruce Willard** stated that it was common knowledge that he did vote against this. He is part of a team and he knows that when the vote is one way you work to make it work. He really appreciated everyone turning out and giving a lot of the reasons that he voted against this.

**Jim Van Oss** said that with task force there was a basic premise that the hub was efficient and that was a wrong thing. The major flaw in the whole restructure is that the hub would serve the producers better. This is false and wrong from the get-go. The whole premise was based on this hub and it's wrong.

**Jan Flora** shared about the proposed Alaska-Hawaii title to the next farm bill. In 2007, we can make ____ a commodity that would serve us and all producers. Senator Stevens has specifically asked us to give him something. You want programs and we are working on it.

**CED Stephens** asked if we could talk after the restructure meeting about how to get these programs. We have been talking about them, but have been on two sides of the fence. Could we talk? This would be the time to make some progress.

**STC Chair Ward** said that this was what Senator Stevens wants to hear. Once he understands that his constituency has an interest, he will actually come back and ask us more about how program interest by constituency can be built into this. Chad can respond to an inquiry from Congress. He cannot initiate anything, but he can respond to a request. We can provide the input when we are asked how to make this work.

**Shirley Schollenberg** reminded the group present that the State Committee members are political appointees. The Chairman of the State Committee wrote in a Farm Bureau letter that we would be better off without Farm Bureau programs. Keep that in mind when you write.

**STC Chair Ward** responded that they could read the letter or talk with him, but that he did not need to have someone else interpret what he said.

**Otto Kilcher** stated that Chad was told to hold on this. At some point the County Office Committees (COC) weren't told on that. Something might have continued going on.

Exhibit F

What was the period of time for them to go out and get public comment? **SED Padgett** responded that it had been 6 weeks. **Shirley Schollenberg** interjected, How dare you blame the COC! **SED Padgett** said, We asked them. **Shirley Schollenberg** told SED Padgett, You need to shoulder the responsibility. **Otto Kilcher** continued stating that for some reason the public didn't get it. Somebody screwed up and it wasn't *him*.

**SED Padgett** stated that the word had been out since May. Where are we at now? He wants to point out whose decision this is and who will ultimately decide. Since May we have understood the problems with the process and the confusion and he will accept that. We have been getting comment since May—a whole lot of comment. And personal attacks and statements like what Shirley just said. That is not how we do things. We are trying to figure this out. That is what we sat down to do.

Someone pointed out that Chad has been talking about not having the programs. We have the opportunity to talk about programs.

**Shirley Schollenberg** stated that she doesn't think that addresses the issues we are talking about right now and **SED Padgett** responded that we are trying to put some positive things out there.

An unidentified speaker in a yellow shirt asked for clarification on what is being decided at the state level. Is it the director of FSA who will make the final decision?

**SED Padgett** responded that we have made the determination that there are few participants and it is not economical. When asked who initiated the plan, SED Padgett responded that it has been on the books for a number of years. We have been asking how we get to these efficiencies. So that's how this got started. And what has been done. The decision has been made in the north to consolidate with a sub-station in Delta. SED Padgett pointed out that it is very important to remember that the determination of where to put the office has not been made.

An unidentified individual in a blue shirt with a white beard asked if there was a plan to have a separate state office and Palmer office. He was in the federal service that delivered health service. They had 7 service units. There was a medical center in Anchorage and they served the local area from one place. Could the STO and the Wasilla office be one? Then we could free up and have some reserve.

**Judith James** commented that this seems like a no-brainer. She requested that it be made a matter of record to combine the State Office and the Wasilla office and continue with things as they were in Homer.

**Al Poindexter** asked to make one last comment. It sure would be nice if we could call a workshop to talk about programs. He feels the offices will be consolidated anyway whether there are processes or not.

**STC Chair Ward** said that FSA cannot call a meeting to lobby Congress.

Exhibit F

**Al Poindexter** clarified that he was talking about an opportunity to brainstorm regarding programs.
**STC Chair Ward** said that they can sponsor a meeting and then invite us.

**SED Padgett** mentioned the cost of production allowance and some of the other ideas. He has begged for a venue for over a three-year period. There has been very little interest. He has put it out there. And he doesn't understand why or what the problem is. He doesn't know why we haven't heard more until now.

**Lindsay Winkler** interjected with the statement, Now you've heard, so let's do something about it.

**Al Poindexter** continues, with the statement, You didn't have our attention. Dump the plan and let's work on programs.

**Otto Kilcher** agreed that we should all cooperate and put a stall maneuver on the plan—he didn't know we had been cut out of the budget. Let's wait for the 2007 Farm Bill. He hopes it leaves the language in. We can skate by for now. If we get the exclusion then we have the exclusion. Right now is such a critical time. Every day there are new farmers and enthusiasm going on. There's a chicken virus out there. This is a real positive and invigorating time. It is a critical time and we need to keep the infrastructure here. People are really interested in doing something here.

**STC Chair Ward** made the decision to close the meeting with 1 hour and 45 minutes of public comment. He expressed appreciation for the comments and stated that FSA would be staying in touch.

The meeting adjourned at 9:58 pm.

Minutes by _____*Connie Cosby*_____
Connie Cosby, FSA Office Assistant

Approved by _____*[signature]*_____
Alaska FSA State Committee Chair

Exhibit F