

United States Department of Agriculture

DEC 9 2005

Office of the Secretary
Washington, D.C. 20250

The Honorable Robert Bennett
Chairman, Subcommittee on Agriculture,
  Rural Development and Related Agencies
Committee on Appropriations
United States Senate
188 Dirksen Senate Office Building
Washington, D.C. 20510

Dear Mr. Chairman:

I am writing to inform you of field office consolidation actions proposed by the Farm Service Agency (FSA) in Alaska. These actions are the result of an ongoing process to review field office workloads and staffing on a State-by-State basis. The proposed consolidations were reviewed and approved by the National Food and Agriculture Council, which has representatives from Rural Development, the Natural Resources Conservation Service and FSA, to ensure the office closures result in efficient service to producers at reduced cost to taxpayers. In keeping with FSA's objective of informing the Committees of proposed actions in regard to consolidations, following is a list of those offices:

| STATE  | Office Closed | New Headquarters |
|--------|---------------|------------------|
| Alaska | Homer         | Palmer           |
| Alaska | Delta         | Fairbanks        |

There will continue to be a sub office in Delta Junction serviced from Fairbanks. Fairbanks is the major transportation hub which will give us the ability to serve producers in the entire northern region.

The FSA State Executive Director (SED) has been required to conduct a rigorous analysis of both the business needs and costs concerning these consolidations. Alaska is unique in delivery of FSA programs with the small number of FSA participants and larger distances to the customers. I am aware of provisions in the fiscal year 2006 Agriculture Appropriations Act that require public meetings and Congressional notification of proposed office closures within specified timeframes. The SED has held numerous meetings with farm organizations and two public meetings in recent weeks. Congressional offices were contacted and were aware of scheduled meetings. We will work to ensure the Congress and local communities are kept appropriately informed of plans with regard to office closures.

The Honorable Robert Bennett
Page 2

An identical letter is being sent to Senator Bennett, Senator Kohl, and Congresswoman DeLauro.

Sincerely,

*[signature]*

Mike Johanns
Secretary