

United States
Department of
Agriculture

Farm and Foreign
Agricultural
Services

Farm Service
Agency

Deputy
Administrator for
Field Operations

1400 Independence
Ave, SW
Stop 0539
Washington, DC
20250-0539

JAN 17 2006

TO: Chad Padgett
Alaska State Executive Director

FROM: Steven A. Connelly
Deputy Administrator for Field Operations

SUBJECT: Consolidation of FSA offices in Alaska

This memorandum is a follow up to your prior National Food and Agriculture Council (NFAC) approval to consolidate FSA offices in Alaska. The Agency is following the language on office consolidations provided in the Fiscal Year 2006 Appropriations.

> P.L. 109-97, Agriculture, Rural Development, Food and Drug Administration, and Related Agencies Appropriations Act, 2006 provided language for Farm Service Agency (FSA) office closures:
>
> *That none of the funds made available by this Act may be used to pay the salaries or expenses of any officer or employee of the Department of Agriculture to close any local or county office of the Farm Service Agency unless the Secretary of Agriculture, not later than 30 days after the date on which the Secretary proposed the closure, holds a public meeting about the proposed closure in the county in which the local or county office is located, and, after the public meeting but not later than 120 days before the date on which the Secretary approves the closure, notifies the Committee on Agriculture and the Committee on Appropriations of the House of Representatives and the Committee on Agriculture, Nutrition, and Forestry and the Committee on Appropriations of the Senate, and the members of Congress from the State in which the local or county office is located of the proposed closure.*

Consistent with the language, the Secretary of Agriculture sent the required 120-day notification on December 9, 2005, to the Committee on Agriculture and the Committee on Appropriations of the House of Representatives, and the Committee on Agriculture, Nutrition, and Forestry and the Committee on Appropriations of the Senate. You have informed DAFO the required public meetings have been held and the members of Congress from Alaska were notified.

USDA is an Equal Opportunity Employer

Page 2

According to your approval by the NFAC, you are hereby authorized to begin the consolidation of the offices according to the plan you submitted recognizing you must adhere to the 120 days set forth by Congress. You must follow the required steps in 16-AO and 27-PM to complete all the necessary steps. In addition, other handbooks provide procedure for notification of terminating lease agreements (31-AS) and the COC/LAA process (15-AO).

With the understanding of the above, the proposed reorganization and office consolidations in Alaska are approved.