UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

KENAI PENINSULA CHAPTER-AK FARM BUREAU   v.   JOHANNS, et al.

DATE:   5/24/2006        CASE NO.   3:06-cv-0098-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS: **MINUTE ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTIVE RELIEF**

---

Before the Court is Plaintiff with a Motion for Temporary Restraining Order and Preliminary Injunctive Relief (Docket 3). Defendants oppose at Docket 15.

> The Ninth Circuit has described two sets of criteria for preliminary injunctive relief. Under the "traditional" criteria, a plaintiff must show "(1) a strong likelihood of success on the merits, (2) the possibility of irreparable injury to plaintiff if preliminary relief is not granted, (3) a balance of hardships favoring the plaintiff, and (4) advancement of the public interest (in certain cases)." Alternatively, a court may grant the injunction if the plaintiff "demonstrates <u>either</u> a combination of probable success on the merits and the possibility of irreparable injury <u>or</u> that serious questions are raised and the balance of hardships tips sharply in his favor."

<u>Earth Island Institute v. U.S. Forest Service</u>, 351 F.3d 1291, 1297-98 (9th Cir. 2003)(citations omitted)(emphasis in original). A thorough review of the relevant pleadings, affidavits, etc., reveals Plaintiff has not met any of the established criteria set forth above. Consequently, Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunctive Relief is hereby **DENIED**. The matter will proceed forward on the merits in due course.

M.O. DENYING TRO/PI