George T. Freeman
Attorney for Plaintiff
1152 P Street
Anchorage, AK 99501
Tel:   (907)274-8497
Fax:   (907)274-8497
Email:  gtf@gci.net

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KENAI PENINSULA CHAPTER - ALASKA FARM BUREAU, INC.,<br><br>    Plaintiff,<br><br>    vs.<br><br>MIKE JOHANNS, in his official capacity as the Secretary of the United States Department of Agriculture, UNITED STATES DEPARTMENT OF AGRICULTURE, FARM SERVICE AGENCY, an agency of the United States Department of Agriculture, ALASKA FARM SERVICE AGENCY, an administrative Division of the Farm Service Agency, and CHAD PADGETT, in his official capacity as the State Executive Director of the Alaska Farm Service Agency,<br><br>    Defendants.<br>_____ | **NOTICE OF FILING FIRST AMENDED COMPLAINT AS A MATTER OF ABSOLUTE RIGHT UNDER FRCP 15(a)**<br><br><br><br><br><br><br><br><br><br><br>Case no. 3:06-CV-00098 RRB |

1
NOTICE OF FILING FIRST AMENDED COMPLAINT
*Kenai Peninsula Chapter – Alaska Farm Bureau, Inc. v. Johanns, et al.*
Case no. 3:06-CV-00098 RRB

COMES NOW Plaintiff, through counsel, and provides notice that it is filing a first amended complaint as a matter of absolute right under FRCP 15(a).

DATED this 25th day of May 2006.

                        GEORGE T. FREEMAN
                        Attorney for Plaintiff

                        s/George T. Freeman
                        1152 P Street
                        Anchorage, Alaska 99501
                        Telephone: 907-274-8497
                        Facsimile:   907-274-8497
                        Email: gtf@gci.net
                        Alaska Bar No. 7806039

**Certificate of Service**
I hereby certify that on May 25, 2006, a copy of the foregoing Notice of Filing First Amended Complaint was served Electronically on richard.pomeroy@usdoj.gov

s/George T. Freeman