George T. Freeman  
Attorney for Plaintiff  
1152 P Street  
Anchorage, AK 99501  
Tel:   (907)274-8497  
Fax:   (907)274-8497  
Email:  gtf@gci.net

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KENAI PENINSULA CHAPTER - ALASKA FARM BUREAU, INC. | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) |
| MIKE JOHANNS, in his official capacity as the Secretary of the United States Department of Agriculture, UNITED STATES DEPARTMENT OF AGRICULTURE, FARM SERVICE AGENCY, an agency of the United States Department of Agriculture, ALASKA FARM SERVICE AGENCY, an administrative Division of the Farm Service Agency, and CHAD PADGETT, in his official capacity as the State Executive Director of the Alaska Farm Service Agency, | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) ) ) |

**MOTION FOR RECONSIDERATION OF COURT ORDER DATED MAY 24, 2006 DENYING PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION**

Case no. 3:06-CV-00098 RRB

COMES NOW Plaintiff, through counsel, and moves for reconsideration of the Court's order dated Wednesday May 24, 2006 denying Plaintiff's motion for a temporary restraining order and motion for a preliminary injunction. Defendant filed its opposition to the motions at the end of the day on Monday May 22, 2006. Since then, Plaintiff has been preparing a reply to the Defendant's opposition and an opposition to the Defendant's FRCP 12(b)(1) motion to dismiss on jurisdictional grounds. This memorandum is being filed today and the Court has not read or had the benefit of the brief. Plaintiff requests reconsideration of the May 24, 2006 order because the Court has overlooked Plaintiff's reply memorandum and has not had the benefit of the case law and argument in the reply/opposition memorandum of the Plaintiff.

DATED this 25th day of May 2006.

> GEORGE T. FREEMAN
> Attorney for Plaintiff
> s/George T. Freeman
> 1152 P Street
> Anchorage, Alaska 99501
> Telephone: 907-274-8497
> Facsimile:   907-274-8497
> Email: gtf@gci.net
> Alaska Bar No. 7806039

**Certificate of Service**
I hereby certify that on
May 25, 2006, a copy of
the foregoing Motion for Reconsideration
of Order dated May 24, 2006 was served
Electronically on
richard.pomeroy@usdoj.gov

s/George T. Freeman