George T. Freeman
Attorney for Plaintiff
1152 P Street
Anchorage, AK 99501
Tel:   (907)274-8497
Fax:   (907)274-8497
Email:  gtf@gci.net

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KENAI PENINSULA CHAPTER - ALASKA FARM BUREAU, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>MIKE JOHANNS, in his official capacity as the Secretary of the United States Department of Agriculture, UNITED STATES DEPARTMENT OF AGRICULTURE, FARM SERVICE AGENCY, an agency of the United States Department of Agriculture, ALASKA FARM SERVICE AGENCY, an administrative Division of the Farm Service Agency, and CHAD PADGETT, in his official capacity as the State Executive Director of the Alaska Farm Service Agency,<br><br>Defendants.<br>_____ | **PROPOSED ORDER ON MOTION FOR RECONSIDERATION OF COURT ORDER DATED MAY 24, 2006 DENYING PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**<br><br>Case no. 3:06-CV-00098 RRB |

Upon review of Plaintiff's motion for reconsideration of the Court's order dated Wednesday May 24, 2006 denying Plaintiff's motion for a temporary restraining order and motion for a preliminary injunction, the motion is granted. The order dated May 34, 2006 at Docket 18 is hereby vacated. The Court will review Plaintiffs reply to the Defendant's opposition to the injunctive relief motions and opposition to the Defendant's FRCP 12(b)(1) motion to dismiss on jurisdictional grounds. After reviewing the reply/opposition, the Court will rule on Plaintiff's motion for a temporary restraining order and on Plaintiff's request for oral argument on the motion for a preliminary injunction.

Entered this _____ day of May, 2006.

_____
Honorable Ralph R. Beistline
United States District Court Judge
For the District of Alaska

**Certificate of Service**
I hereby certify that on
May 25, 2006, a copy of
the foregoing Proposed Order on Motion for Reconsideration
of Order dated May 24, 2006 was served
Electronically on
richard.pomeroy@usdoj.gov

s/George T. Freeman