George T. Freeman
Attorney for Plaintiff
1152 P Street
Anchorage, AK 99501
Tel:   (907)274-8497
Fax:   (907)274-8497
Email:  gtf@gci.net

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KENAI PENINSULA CHAPTER - ALASKA FARM BUREAU, INC. | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| MIKE JOHANNS, in his official capacity as the Secretary of the United States Department of Agriculture, UNITED STATES DEPARTMENT OF AGRICULTURE, FARM SERVICE AGENCY, an agency of the United States Department of Agriculture, ALASKA FARM SERVICE AGENCY, an administrative Division of the Farm Service Agency, and CHAD PADGETT, in his official capacity as the State Executive Director of the Alaska Farm Service Agency, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) ) |
| _____ | ) |

On the right side, aligned with defendants:

**REQUEST FOR ORAL ARGUMENT ON MOTION FOR PRELIMINARY INJUNCTIVE RELIEF**

Case no. 3:06-CV-00098 RRB

COMES NOW Plaintiff, through counsel, and pursuant to Local Rule (Civil) 7.2, requests oral argument on Plaintiff's motion for preliminary injunctive relief. This request is made within three days of the last paper on that motion was filed. Plaintiff recognizes that the Court denied the motion on May 24, 2006 but Plaintiff has requested reconsideration of that order because the Court had overlooked and had not had the benefit of Plaintiff's reply to Defendants' opposition to the motion and Plaintiff's opposition to Defendants' motion under FRCP 12(b)(1) to dismiss the complaint on jurisdiction grounds. The oral argument may also address issues raised by the motion to dismiss and Plaintiff's first amended complaint.

DATED this 25th day of May 2006.

> GEORGE T. FREEMAN
> Attorney for Plaintiff
>
> s/George T. Freeman
> 1152 P Street
> Anchorage, Alaska 99501
> Telephone: 907-274-8497
> Facsimile:  907-274-8497
> Email: gtf@gci.net
> Alaska Bar No. 7806039

**Certificate of Service**
I hereby certify that on
May 25, 2006, a copy of
the foregoing Request for
Oral Argument was served
Electronically on
richard.pomeroy@usdoj.gov

s/George T. Freeman