```
              UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF ALASKA
```

 KENAI PENINSULA CHAPTER-AK FARM BUREAU   v.   JOHANNS, et al.

DATE:   5/26/2006         CASE NO.    3:06-cv-0098-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:    **MINUTE ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION OF COURT ORDER DATED MAY 24, 2006**

Before the Court is Plaintiff Kenai Peninsula Chapter-AK Farm Bureau ("Plaintiff") with a Motion for Reconsideration of Court Order Dated May 24, 2006 Denying Plaintiff's Motion for a Temporary Restraining Order and Motion for Preliminary Injunction (Docket No. 22). Plaintiff requests reconsideration because the Court did not have the benefit of Plaintiff's Reply to Opposition to Motion for Temporary Restraining Order and Preliminary Injunctive Relief (Docket No. 19) when it issued its order dated Wednesday, May 24, 2006.

Having now thoroughly considered Plaintiff's reply brief, the Court sees no reason to change and/or alter its order dated Wednesday, May 24, 2006. Consequently, Plaintiff's Motion for Reconsideration (Docket No. 22) is hereby **DENIED**. Because it is deemed unnecessary, Plaintiff's Request for Oral Argument on Motion for Preliminary Injunctive Relief (Docket No. 23) is also **DENIED**. This matter will proceed forward - on the merits - in due course.