DEBORAH M. SMITH
Acting United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail:  richard.pomeroy@usdoj.gov

EDWARD H. WHITE
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Rm. 6110
Washington, D.C. 20530
Tel: (202) 514-5108
Fax: (202) 318-4268
Email: ned.white@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KENAI PENINSULA CHAPTER - ALASKA FARM BUREAU, INC., <br><br> Plaintiff, <br><br> v. <br><br> MIKE JOHANNS, et al. <br><br> Defendants. | Case No. 3:06-00098-RRB <br><br> **ENTRY OF APPEARANCE** |

Under the provisions of D. Ak. LR 83.1(e), Edward H. White, Trial Attorney for the U.S.

Department of Justice, hereby enters his appearance as an attorney of record for all Defendants

in the above-entitled matter and requests that copies of all pleadings filed be directed to him in

addition to Assistant U.S. Attorney Richard L. Pomeroy.

Dated: June 5, 2006

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DEBORAH M. SMITH
Acting United States Attorney

MICHAEL SITCOV
Assistant Director

RICHARD L. POMEROY
Assistant U.S. Attorney

 /s/ Edward H. White
EDWARD H. WHITE (DC Bar No. 468531)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Rm. 6110
Washington, D.C. 20530
Tel: (202) 514-5108
Fax: (202) 318-4268
Email: ned.white@usdoj.gov

Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2006, a copy
of the foregoing ENTRY OF APPEARANCE
was served electronically on
George T. Freeman.

s/ Edward H. White

KENAI PENINSULA CHAPTER V. JOHANNS, et al.
Case No. 3:06-00098-RRB           -2-