Exhibit A

Case 3:06-cv-00098-RRB     Document 26-2     Filed 06/30/2006     Page 1 of 3

DEBORAH M. SMITH
Acting United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KENAI PENINSULA CHAPTER - ALASKA FARM BUREAU, INC.<br><br>Plaintiff,<br><br>v.<br><br>MIKE JOHANNS, in his official capacity as the Secretary of the United States Department of Agriculture, UNITED STATES DEPARTMENT OF AGRICULTURE, FARM SERVICE AGENCY, an agency of the United States Department of Agriculture, ALASKA FARM SERVICE AGENCY, and administrative Division of the Farm Service Agency, and CHAD PADGETT, in official Capacity as the State Executive Director of the Alaska Farm Service Agency<br><br>Defendants. | Case No. 3:06-CV-00098 RRB |

SUPPLEMENTAL DECLARATION OF CHAD B. PADGETT

Pursuant to 28 U.S.C. 1746, Chad B. Padgett declares and states:

1. The USDA Alaska Farm Service Agency has now closed the Homer, Fairbanks, and Wasilla offices. The closures officially occurred on June 1st, 2006. Farmers in Alaska will be serviced by visits of FSA employees to applicable areas on an as needed basis. They will also be able to access FSA through electronic means of communication to include e-mail, internet, fax, and a toll free phone number. Partner Agency (USDA, NRCS, and Rural Development) offices will also be available and may assist

producers and provide information in these areas when FSA representatives are not in the area as required by law and agreed to by partner agencies. If at any time a producer is in need of FSA services, a representative will be available to handle their request.

2. A schedule of quarterly visits has been developed and will begin in mid-July. Aside from the regular schedule, visits may be made when producers ask for assistance or during meetings of external groups and agencies.

3. On February 22nd, 2006 the FSA County Executive Director (CED) for the Homer Office was offered the position of CED for the Southern County Office located in Palmer by the Alaska State Committee after the Homer County Committee refused to conduct a joint meeting to select the CED for the area. On March 7, 2006, the Homer CED resigned his position effective May 27th, 2006. The employee left government service on May 27th and no longer works for the Agency. On February 24th, 2006 the CED for the Wasilla Office announced her retirement from the agency. On March 18th, 2006 she retired from her position and left government service. The CED for Fairbanks was already in a shared management arrangement with the Delta Junction Office and is now the CED for the Northern service area. A new CED for the Southern area will be hired once this suit is resolved.

4. The leases for all three of the aforementioned offices, including Homer, expired on June 1, 2006. Thus, FSA has no office space in any of those areas but does have the ability to meet with producers through our partner agency offices when needed. All producer and administrative files, computer systems, equipment / furniture, and aerial photos have been transferred from the Homer and Wasilla offices to the office located in Palmer. The same transfer has occurred for the Fairbanks office to Delta Junction. The Homer office has been fully and completely transferred to Palmer where FSA is conducting operations for the Southern portion of the State in accordance with the approved restructure plan.

5. The restructure plan has been fully implemented in all areas and operations are continuing in accordance with the authorized plan.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 29, 2006

Chad B. Padgett